Patrick F. Bright (SBN 68709)
WAGNER, ANDERSON & BRIGHT, PC
3541 Ocean View Boulevard
Glendale, California 91208
Tel.: (818) 249-9300
Fax: (818) 249-9335
E-mail: pbright@brightpatentlaw.com

Attorneys for Plaintiff K Tech Telecommunications, Inc.

FILED
CLERK U.S. DISTRICT COURT

JUN 1 9 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

CV12- 05316GHK(NRWx)

| | |
|---|---|
| K TECH TELECOMMUNICATIONS, INC., a DE corporation, | Case No. _____ |
| Plaintiff, | **COMPLAINT FOR INFRINGEMENT OF UNITED STATES PATENT NOS. 6,785,903; 7,487,533; 7,761,893; AND 7,984,469.** |
| vs. | |
| BLONDER TONGUE LABORATORIES, INC., a DE corporation; and R.L. DRAKE HOLDINGS, LLC, a DE limited liability company, | **DEMAND FOR JURY TRIAL** |
| Defendants. | |

1. Plaintiff K Tech Telecommunications, Inc. ("K Tech"), a Delaware corporation, for its complaint, and demanding trial by jury under Rule 38, Fed. R. Civ. P., and Local Rule 38-1, alleges that Defendants Blonder Tongue Laboratories, Inc. ("BT"), a Delaware corporation, and R.L. Drake Holdings, LLC ("Drake"), a Delaware corporation, are infringing at least claim 24 of U.S. Patent 6,785,903 (the "'903 patent"); claim 13 of U.S. Patent 7,487,533 (the "'533 patent"); claims 1 and 9 of U.S. Patent 7,761,893 (the "'893 patent"); and claims 1, 5, 9, 12, and 15 of U.S. Patent 7,984,469 (the "'469 patent") (collectively "the K Tech patents"), by selling, and offering to sell, in this judicial district, systems for modifying a major channel

1   number, a minor channel number, and/or a carrier frequency to identify a television
2   program that infringe the K Tech patents.
3       2.      This is a civil action for patent infringement and arises under, among
4   other things, the United States Patent Laws, 35 U. S. C. section 10, et seq.
5   Jurisdiction is therefore based upon 28 U. S. C. sections 1331 and 1338(a),
6   providing for federal question jurisdiction of patent infringement actions and
7   exclusive jurisdiction of patent infringement actions in the U. S. district courts.
8       3.      Plaintiff K Tech is informed and believes, and thereon alleges, that
9   venue in this court is proper under 28 U. S. C. section 1391 (c) and section 1400 (b)
10  because the acts of patent infringement alleged herein took place, at least in part,
11  within this judicial district.
12      4.      Plaintiff K Tech is a Delaware corporation, and has its principal place
13  of business in Chatsworth, California.
14      5.      Defendant BT is a Delaware corporation, and has its principal place of
15  business in Old Bridge, New Jersey.  Defendant Drake is a Delaware limited
16  liability company, and has its principal place of business in Franklin, Ohio.
17      6.      On August 31, 2004, the U. S. Patent and Trademark Office duly and
18  lawfully issued the '903 patent under the title *Digital Television Translator with*
19  *PSIP Update*.   A true and correct copy of the '903 patent is attached hereto as
20  **Exhibit A**.  On February 3, 2009, the U. S. Patent and Trademark Office duly and
21  lawfully issued the '533 patent under the title *Digital Television Translator with*
22  *PSIP Update*.   A true and correct copy of the '533 patent is attached hereto as
23  **Exhibit B**.  On July 20, 2010, the U.S. Patent and Trademark Office duly and
24  lawfully issued the '893 patent under the title *Digital Television Translator with*
25  *PSIP Update*.  A true and correct copy of the '893 patent is attached hereto as
26  **Exhibit C**.  On July 19, 2011, the U.S. Patent and Trademark Office duly and
27  lawfully issued the '469 patent under the title *Digital Television Translator with*
28

*PSIP Update*.  A true and correct copy of the '469 patent is attached hereto as **Exhibit D**.

7.     BT has infringed the K Tech patents by selling and offering to sell, in this judicial district, systems for modifying a major channel number, a minor channel number, and/or a carrier frequency to identify a television program covered by one or more of the claims in the K Tech patents in this judicial district and elsewhere in the United States.  Specifically, BT's sale, in this judicial district and elsewhere in the United States, of its DQMx-01, DQMx-02, DQMx-03, DQMx-04, DQMx-10, DQMx-11, DQMx-12, DQMx-13, DQMx-20, DQMx-21, DQMx-22, DQMx-30, DQMx-31, DQMx-40, and MUX-2D-QAM products ("the BT products") infringe one or more claims of the K Tech patents.

8.     Drake has infringed the K Tech patents by selling and offering to sell, in this judicial district, systems for modifying a major channel number, a minor channel number, and/or a carrier frequency to identify a television program covered by one or more of the claims in the K Tech patents in this judicial district and elsewhere in the United States.  Specifically, Drake's sale, in this judicial district and elsewhere in the United States, of its MQM6000L, MQM10000, DQT1000, and MEQ1000 products ("the Drake products") infringe one or more claims of the K Tech patents.

9.     The United States Congress mandated that June 12, 2009 would be the last day for full-power television stations in the U.S. to broadcast with analog signals.  Since June 12, 2009, full-power television stations, such as CBS, ABC, NBC and FOX television networks, can only transmit digital television signals. Digital television signals carry multiple television programs over each, individual signal.  Full-power television stations, such as CBS, ABC, NBC and FOX television networks, identify the individual television programs carried over a single digital television signal transmitted over the air using a major channel number, a minor channel number, and/or a carrier frequency.  Under FCC rules, all digital television

2

signals in the U.S. must follow ATSC specifications.  These specifications require that a digital television signal be transmitted over-the-air and follow Program System Information Protocol ("PSIP") specifications.  The PSIP specifications redefine a television program contained in the signal to be identified in a table called the Virtual Channel Table ("VCT") with a major channel number, a minor channel number, and a carrier frequency.  The K Tech patents identify systems and methods for modifying a major channel number, a minor channel number, and/or a carrier frequency to identify a television program.  The BT products and the Drake products include the elements of the claims in the K Tech patents, and therefore infringe the K Tech patents.  On information and belief, this infringement will continue unless enjoined by this court.

10.   According to BT's website (http:// http://www.blondertongue.com/shop-by-department/digital-catv/multiplexers/), the BT products are capable of automatically re-mapping minor channel numbers, meaning that the unit modifies the minor channel number of the PSIP table, as claimed by the K Tech patents.  The MUX-2D-QAM model is also capable of "PSIP re-assignment," meaning that the PSIP table is updated, as claimed by the K Tech patents.  A print-out of the BT products is attached hereto as **Exhibit E.**

11.   According to Drake's website (http:// http://www.rldrake.com/catv-digital.php), the MQM6000L unit takes in a digital transport stream through ASI input, multiplexes the digital television signal contained in the digital transport stream, and generates a QAM modulated RF signal, as claimed by the K Tech patents.  The MQM1000 and DQT1000 units take in ATSC digital television transport streams as inputs, and the inputs are processed and multiplexed.  The resulting signal is modulated into QAM and converted to an RF output, and the unit supports ATSC PSIP and performs the "major channel number pass through or remarkable is selectable when multiplexing," as claimed by the K Tech patents.  The MEQ1000 unit can accept any two modules of ASI digital transport stream signals

or RF ATSC over-the-air digital television signal inputs, multiplexing the digital television signal contained in the digital transport stream, and generating a QAM modulated RF signal, as claimed by the K Tech patents. The MEQ1000 can also process PSIP information from such sources and re-write tables containing combined PSIP information, and can be set to generate MGT and VCT tables, as claimed by the K Tech patents. Descriptions of the Drake products from Drake's website are attached hereto as **Exhibit F.**

12.     The BT and Drake products identified above perform the functions as identified below. As claimed in the '903 patent:

> Claim 24:     A method of translating a digital television signal, comprising the steps of: receiving a first digital television signal and generating a digital transport stream from the first digital television signal, the digital transport stream including original PSIP data having RX channel data; updating the original PSIP data in the digital transport stream by replacing the RX channel data with TX channel data; and converting the digital transport stream having the updated PSIP data into a second digital television signal, wherein the RX channel data is associated with the first digital television signal and includes at least one of a major channel number, a minor channel number, and a carrier frequency, and the TX channel data is associated with the second digital television signal and includes at least one of an updated major channel number, an updated minor channel number, and an updated carrier frequency;

As claimed in the '533 patent:

> Claim 19: A system for translating, comprising a demultiplexor, the demultiplexor separating a first program information table from video data and audio data contained in a first digital transport stream, the first program information table containing one or more attributes for a virtual channel of a digital television signal carried in the first digital transport stream; a program information update unit, the program information update unit replacing the first program information table with a second program information table, the second program information table including one or more new attributes for the

1   virtual channel of the digital television signal carried in the first
2   digital transport stream; a multiplexor, the multiplexor
3   combining the second program information table with the
    separated video and audio data to form a second digital
4   transport stream.

5   As claimed in the '893 patent:

6
7   Claim 1: A program information update module, comprising: a
    demultiplexor, the demultiplexor separating a first program
8   information table from video data and audio data contained in a
    first digital transport stream, the first program information table
9   containing one or more attributes for a virtual channel of a
10  digital television signal carried in the first digital transport
    stream; a program information update unit, the program
11  information update unit modifying the first program information
12  table to form a second program information table, the second
    program information table including one or more new attributes
13  for the virtual channel of the digital television signal carried in
14  the first digital transport stream; and a multiplexor, the
    multiplexor combining the second program information table
15  with the separated video and audio data to form a second digital
16  transport stream, wherein the second digital transport stream
    contains the one or more updated attributes for the virtual
17  channel.

18  As claimed in the '469 patent:
19
20  Claim 5: A method of translating, comprising: receiving an
    ATSC digital television signal over cable; converting the ATSC
21  digital television signal into a first digital transport stream, the
22  first digital transport stream containing video and audio data of
    a program and a program information table, the program
23  information table having a major channel number and a minor
    channel number; generating a new program information table
24  containing a new channel number, the new channel number
25  identifying the program represented by the major channel
    number and the minor channel number; and combining the
26  video and audio data with the new program information table.

27

28

6

The units produced and sold by BT and Drake as identified above perform above procedures, as claimed in the K Tech patents, to modify PSIP tables, as indicated on their product brochures and their web sites.

13.     According to a February 2, 2012 press release, BT completed the acquisition of "substantially all of the assets" of Drake in February 2012. A copy of that press release is attached hereto as **Exhibit G**.

14.     BT's and Drake's infringement of the K Tech patents has damaged K Tech in an unknown amount. These damages continue to grow as BT's and Drake's infringement continues. Under Section 284 of Title 35 of the United States Code, K Tech seeks damages adequate to compensate for this infringement in an amount no less than a reasonable royalty, together with interest and costs affixed by the Court.

15.     BT's and Drake's continuing infringement of the K Tech patents has caused and continues to cause irreparable harm to K Tech, including impairing the value of the K Tech patents in an amount yet to be determined. Pursuant to Section 283 of Title 35 of the United States Code, K Tech seeks a preliminary and a permanent injunction against further infringement of the K Tech patents.

## **PRAYER FOR RELIEF**

WHEREFORE, K Tech prays for the following relief from this court against Defendants BT and Drake:

1.     An order, pursuant to 35 U.S.C. Sections 154(d) and 271, declaring that BT and Drake have infringed one or more claims of the K Tech patents;

2.     A preliminary and a permanent injunction against BT and Drake, prohibiting BT and Drake from further infringement of the K Tech patents;

3.     An award of the actual damages K Tech has suffered by reason of the infringement charged in this Complaint, in an amount not less than a reasonable royalty on BT and Drake's sales of the products charged with infringing the K Tech patents;

4.     An award to Plaintiff K Tech of its costs of suit herein; and

5.      Such other and further relief as the Court may deem just and proper.

Dated: June 19, 2012              Respectfully submitted,

WAGNER, ANDERSON & BRIGHT, PC

By: _____
                    Patrick F. Bright

Attorneys for Plaintiff

K TECH TELECOMMUNICATIONS, INC.

1

## DEMAND FOR JURY TRIAL

2

3      Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, and

4   Local Rule 38-1, Plaintiff K Tech does hereby demand trial by jury against

5   all Defendants on each and every issue and claim as to which it is entitled to

6   trial by jury under Rule 38(a) of the Federal Rules of Civil Procedure.

7

8   Dated:  June  19 , 2012           Respectfully submitted,

9                                     WAGNER, ANDERSON & BRIGHT, PC

10

11                                    By: _Patrick F. Bright_

12                                          Patrick F. Bright

13

14                                    Attorneys for Plaintiff

15                                    K TECH TELECOMMUNICATIONS, INC.

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

US007487533B2

(12) **United States Patent**
Kuh

(10) Patent No.: **US 7,487,533 B2**
(45) Date of Patent: **Feb. 3, 2009**

(54) **DIGITAL TELEVISION TRANSLATOR WITH PSIP UPDATE**

(75) Inventor: **Steve Kuh**, Northridge, CA (US)

(73) Assignee: **K Tech Telecommunications, Inc.**, Chatsworth, CA (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 938 days.

(21) Appl. No.: **10/890,210**

(22) Filed: **Jul. 14, 2004**

(65) **Prior Publication Data**

US 2004/0261117 A1     Dec. 23, 2004

**Related U.S. Application Data**

(63) Continuation of application No. 09/545,613, filed on Apr. 5, 2000, now Pat. No. 6,785,903.

(51) **Int. Cl.**
*H04N 7/173*     (2006.01)
(52) **U.S. Cl.** ....................... 725/116; 725/114; 725/115; 725/117; 725/118
(58) **Field of Classification Search** .......... 725/114–118
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,694,419 A | 12/1997 | Lawrence et al. | 375/222 |
| 5,774,193 A | 6/1998 | Vaughan | 348/723 |
| 5,852,612 A | 12/1998 | Kostreski et al. | 370/537 |
| 5,884,181 A | 3/1999 | Arnold et al. | 455/450 |
| 5,978,650 A | 11/1999 | Fischer et al. | 455/3.1 |
| 6,233,255 B1 | 5/2001 | Kato et al. | 370/486 |
| 6,249,320 B1 | 6/2001 | Schneidewend et al. | 348/569 |
| 6,313,886 B1 * | 11/2001 | Sugiyama | 348/731 |
| 6,400,415 B1 | 6/2002 | Danielsons | 348/608 |
| 6,414,720 B1 | 7/2002 | Tsukidate et al. | 348/469 |
| 2001/0009556 A1 | 7/2001 | Kato et al. | 370/486 |

2002/0145679 A1 * 10/2002 Barreyro et al. ............. 348/723

OTHER PUBLICATIONS

Guide to the Use of the ATSC Digital Television Standard, Doc. A/54, Oct. 4, 1995, Table of Contents and pp. 1-136.
ATSC VSB Translator, Product Literature, Zenith Electronics Corporation, obtained at the National Association of Broadcaster's Convention held between Apr. 10, 2000 and Apr. 13, 2000.

(Continued)

*Primary Examiner*—Hunter B. Lonsberry
(74) *Attorney, Agent, or Firm*—Morgan, Lewis & Bockius LLP

(57) **ABSTRACT**

A digital television translator includes a digital television receiver for receiving a first digital television signal at a first frequency and generating a digital transport stream from the first digital television signal. The digital transport stream can include original Program and System Information (PSIP) data having RX channel data that is indicative of the first frequency, the first major channel number, and/or the first minor channel number. The digital television translator also includes a PSIP update module for updating the original PSIP data in the digital transport stream by replacing the RX channel data with TX channel data. The TX data is indicative of a second frequency, a second major channel number, and/or a second minor channel number. The digital television translator further includes a digital television modulator for converting the digital transport stream having the updated PSIP data into a second digital television signal at the second frequency, where the second frequency can be the same or different from the first frequency.

**38 Claims, 4 Drawing Sheets**



US 7,487,533 B2

Page 2

## OTHER PUBLICATIONS

ATSC Digital Television Standard, Doc. A/53, Apr. 12, 1996 and Sep. 16, 1996, Table of Contents and pp. 1-16.

Program and System Information Protocol for Terrestrial Broadcast and Cable, Doc. A/65, Dec. 23, 1997, Table of Contents and pp. 1-93.

ATSC VSB Translator Datasheet (Undated).

KTech Telecommunications, Inc. 8-VSB Remodulator Application Note, Apr. 1999, pp. 1-4, available via http://archive.org.

KTech Telecommunications, Inc. 8-VSB Remodulator Model No. VSB-REMOD-100, Oct. 1999, pp. 1-2, available via http://archive.org.

KTech Telecommunications, Inc. 8-VSB Remodulator Product Description, Mar. 2000, pp. 1-2, available via http://archive.org.

John Taylor, "Zenith Introduces New Product to Advance the Roll-Out of DTV Translators," Apr. 8, 2000, retrieved from http://www.zenith.com.

KTech Telecommunications, Inc. Homepage, Apr. 1999, p. 1, available via http://archive.org.

WayBack Machine search result for ktechlelecom.com, search for on Jun. 23, 2003, available via http://archive.org.

* cited by examiner

**U.S. Patent**        Feb. 3, 2009        Sheet 1 of 4        US 7,487,533 B2

**Prior Art**

<u>1</u>



**Fig. 1**



Fig. 2



Fig. 3



Fig. 4



Fig. 5



Fig. 6

US 7,487,533 B2

1

# DIGITAL TELEVISION TRANSLATOR WITH PSIP UPDATE

## RELATED APPLICATIONS

This is a continuation application of prior U.S. patent application Ser. No. 09/545,613, filed on Apr. 28, 2000, now U.S. Pat. No. 6,785,903, issued on Aug. 31, 2004. The prior Application is incorporated by reference herein in its entirety.

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

The present invention relates to a digital television translator. More particularly, the present invention relates to a digital television translator that updates the program and system information protocol (PSIP) table with transmit (TX) channel data.

### 2. Discussion of the Related Art

Digital television (DTV) broadcasting systems are relatively new in the United States and offer many alternatives to traditional information and program distribution. In addition to traditional television programming, DTV systems offer the ability to distribute additional content in the form of data. This data can be any type of data including, for example, Internet data broadcast to one or more end users. Therefore, DTV broadcast systems offer great flexibility and diversity in the types of information they distribute. Like most conventional broadcast systems, DTV broadcast systems have a finite capacity limited by the bandwidth of its channels.

Additionally, as with other broadcast systems, such as analog television systems, the received DTV signal quality can vary greatly depending upon where the receiver is located. This problem is due to a number of adverse propagation effects such as multi-path, interference, and simple attenuation. One solution to this problem is to use multiple low power repeaters (On-Channel boosters) and/or translators (Remodulators) to improve reception in areas of poor DTV signal reception. For example, a repeater, placed in an area of poor signal reception, receives a transmitted signal from a high power DTV transmitter and re-transmits an amplified duplicate signal at the same frequency. Translators, on the other hand, can receive a transmitted signal from a high power DTV transmitter and re-transmit the signal at a frequency different than the received frequency. Repeaters and translators are also used to extend the coverage of a broadcast system incrementally, and economically, to specific geographical regions.

FIG. 1 shows an example of a conventional DTV translator 1. The conventional DTV translator includes a down converter 2, a first local oscillator 3, an up converter 4, and a second local oscillator 5. A received DTV signal (RX RF input) is down converted to IF (intermediate frequency) by down converter 2. The IF is determined by the difference between the frequency LO1 generated by the first local oscillator 3 and the RF frequency of the received DTV signal (RX RF Input). The IF signal is then up converted to RF by up converter 4. The frequency of the up converted RF DTV signal (TX RF Output) is determined by the sum of the frequency LO2 generated by the second local oscillator 5 and the IF. The up converted DTV signal (TX RF Output) is then amplified and transmitted. With this arrangement, the transmitted signal contains the same information as the received signal, but is amplified. Further, when LO1=LO2, the transmit frequency is the same as the received frequency, and the apparatus operates as an on-channel booster. Alternatively, when LO1≠LO2, the transmit frequency is different than the received frequency, and the apparatus operates as a translator.

2

In the DTV American Television Systems Committee (ASTC) standard, a DTV signal contains a Program and System Information Protocol (PSIP) table, which is a collection of hierarchically arranged sub-tables for describing system information and program guide data. One of sub-tables in the PSIP table is the Virtual Channel Table (VCT), which contains a list of attributes for virtual channels carried in the digital transport stream (baseband information). VCT fields "major channel number" and "minor channel number" are used for identification. The major channel number is used to group all channels that are to be identified as belonging to a particular broadcast corporation (or a particular identifying number such as channel "12"). The minor channel number specifies a particular channel within the group. The VCT also contains a "carrier frequency" field, which is used to identify the frequency at which the DTV signal is transmitted and received. As discussed herein, TX and RX channel data include at least one of the following major channel number, minor channel number, carrier frequency, and/or other data necessary for generating a proper DTV signal.

When a RF DTV signal is translated to a new frequency by the conventional DTV translator 1 of FIG. 1, the PSIP table no longer reflects the correct carrier frequency. In many DTV receivers, this discrepancy between the actual frequency of the received DTV signal and the carrier frequency data contained in the PSIP table prevents the receiver from properly receiving the DTV signal.

Also, a particular broadcast corporation may be assigned different major/minor channel numbers in geographical regions serviced by each translator. For example, Broadcast Corporation #1 could be assigned major/minor channel 12/04 in region #1 (served by a main DTV transmitter) and major/minor channel 37/04 in region #2 (served by a translator translating the main DTV transmitted signal). The conventional translator of FIG. 1 therefore generates a translated DTV signal that contains an incorrect channel number for transmission into region #2.

Moreover, in region #2, major minor/channel 12/04 may have already been assigned to Broadcast Corporation #2. In that case, a single DTV receiver in region #2 will receive two unique channels (Broadcast Corporation #1 and Broadcast Corporation #2) each having the same major/minor channel number in each of their PSIP tables. While some DTV receivers overcome these anomalies by allowing users to select whether to ignore PSIP data or to display the VCT information, other DTV receivers do not have this capability and are unable to properly tune to the program(s) of one or both of the two Broadcast Corporations.

## SUMMARY OF THE INVENTION

Accordingly, the present invention relates to a digital television translator, and more particularly to a digital television translator that updates the PSIP table with proper channel and carrier frequency information. To achieve these and other advantages and in accordance with the purpose of the present invention, as embodied and broadly described, there is provided a digital television translator, comprising a digital television receiver for receiving a first digital television signal and generating a digital transport stream from the first digital television signal, the digital transport stream including original PSIP data having RX channel data; a PSIP update module for updating the original PSIP data in the digital transport stream by replacing the RX channel data with TX channel data; and a digital television modulator for converting the digital transport stream having the updated PSIP data into a second digital television signal.

3

4

In another aspect of the instant invention, there is provided an information distribution network using digital television transmission, the information distribution network comprising a plurality of digital television transmission nodes including a main digital television signal source for generating a main digital television signal; and a plurality of digital television translators receiving a digital television signal from one of the plurality of digital television nodes, at least one of said plurality of digital television translators including a digital television receiver for receiving the digital television signal from one of the plurality of digital television nodes and generating a digital transport stream from the received digital television signal, the digital transport stream including original ancillary data and original PSIP data having RX data, a data update module for updating the original PSIP data in the digital transport stream by replacing the RX channel data with TX channel data and for replacing the original ancillary data in the digital transport stream with new ancillary data, and a digital television modulator for converting the digital transport stream having the new ancillary data and the updated PSIP data into a transmitted digital television signal, wherein at least two of the plurality of digital television transmission nodes transmit at the same frequency and the total ancillary data of the information distribution network includes the new ancillary data from multiple digital television translators of the plurality of digital television translators.

Additional features and advantages of the present invention will be set forth in the description that follows, and in part will be apparent from the description, or may be learned by practice of the invention. The objectives and other advantages of the invention will be realized and attained by the structure particularly pointed out in the written description and claims hereof as well as the appended drawings.

It is to be understood that both the foregoing general description and the following detailed description are exemplary and explanatory and are intended to provide further explanation of the invention as claimed.

## BRIEF DESCRIPTION OF THE ATTACHED DRAWINGS

The accompanying drawings, which are included to provide a further understanding of the invention and are incorporated in and constitute a part of this specification, illustrate embodiments of the invention that together with the description serve to explain the principles of the invention.

In the drawings:

FIG. 1 shows an example of a conventional DTV translator;

FIG. 2 shows a first embodiment of a DTV translator of the present invention having PSIP table update capability;

FIG. 3 shows an example of a PSIP update module;

FIG. 4 shows a second embodiment of a DTV translator of the present invention having both PSIP table update capability and a re-multiplexor;

FIG. 5 shows an example of the re-multiplexor; and

FIG. 6 shows an example of an information distribution network of the present invention using multiple translators.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

Reference will now be made in detail to the preferred embodiments of the present invention, examples of which are illustrated in the accompanying drawings.

To overcome the problems associated with the prior art, i.e., tuning problems with some DTV receivers due to incorrect PSIP table information, the PSIP table information is updated by the translator to properly reflect the new transmit carrier frequency and channel number.

FIG. 2 shows a first embodiment of a DTV translator 10 of the present invention having PSIP table update capability. The DTV translator 10 includes an 8-VSB receiver 11, a PSIP update module 12, an 8-VSB modulator 13, an RF power amplifier 14, and a transmitting antenna 15. The receiver 11 receives an 8-VSB DTV signal (RFi) that may have been originally transmitted by a base station or another translator, over the air or by a cable. The receiver 11 processes the DTV signal according to ASTC DTV standards to produce a digital transport stream (TS) containing MPEG2 video data, audio data, ancillary data, and PSIP data. The PSIP data in the digital transport stream includes a major channel number, a minor channel number, and a carrier frequency, which together make up the RX channel data. As shown, the receiver 11 is controlled by an input (RX Channel Select) which informs the receiver 11 of which carrier frequency channel to tune.

The processing of the received DTV signal by the 8-VSB receiver 11 is in accordance with ATSC DTV standards and, accordingly, can include down conversion, digitization, carrier synchronization, symbol clock synchronization, frame and segment synchronization, matched filtering, equalization, bit-demapping, Trellis decoding, convolutional de-interleaving, Reed-Solomon forward error correction (FEC) decoding, and de-randomizing.

The digital transport stream (TS) is then input into PSIP update module 12. The PSIP update module 12 extracts the PSIP table data and updates the RX channel data with TX channel data. Specifically, the major channel number, the minor channel number, and the carrier frequency contained in the PSIP VCT are updated. Updated major and minor channel numbers are those numbers assigned to the broadcaster associated with the transport stream content for the geographical region covered by the DTV translator. Sometimes the original and updated channel numbers will be the same, for example when the translator is being used to fill in a poor reception area of the geographical area covered by the main transmitter. At other times, the original and updated channel numbers will be different, for example, when the translator is being used to extend coverage into a geographical area not covered by the main transmitter. In this instance, the broadcaster may be licensed to broadcast in the translator's geographical area, but at a different channel.

Also, the carrier frequency of the DTV signal transmitted from the translator must be reflected in the PSIP VCT. In most instances, the translator will transmit at a different frequency than it receives, requiring the PSIP VCT to be updated with the new transmitted carrier frequency. In some instances, the carrier frequency of the DTV signal can be transmitted at the same frequency that it is received, such as when the translator system is being used as an on-channel booster. In either instance, the updated PSIP table is then reinserted back into the digital transport stream.

Once the PSIP data is updated, the transport stream containing the updated PSIP data is then input into the 8-VSB modulator 13. 8-VSB modulator 13 processes the digital transport stream according to ATSC DTV standards to produce a DTV signal (Rfo) at the carrier frequency contained in the VCT of the updated PSIP table data. As shown, 8-VSB modulator 13 is controlled by input (TX Channel Select) which informs the 8-VSB modulator 13 at which frequency to transmit the DTV signal. Alternatively, the 8-VSB modulator

5

can detect the carrier frequency information from the VCT of the DTV signal and transmit the DTV signal using the detected carrier frequency.

8-VSB modulator 13 processes the transport stream having the updated PSIP data according to ASTC terrestrial broadcast standards. Accordingly, this processing can include randomization, Reed-Solomon encoding, convolutional interleaving, symbol mapping, trellis encoding, and vestigial sideband filtering. After the digitally filtered signal is converted to an analog signal, the signal is up converted to a transmit RF signal (RFo) at the transmit frequency determined by TX channel select. The 8-VSB modulator 13 typically operates at a frequency of 54 MHZ-216 MHZ and 470 MHZ-806 MHZ and has a maximum output power of approximately 1 milliwatt. A power amplifier 14 and transmitting antenna 15 are usually added to the output of the 8-VSB modulator 13.

FIG. 3 shows an example of PSIP update module 12. The PSIP update module 12 includes an extractor 16 for extracting the original PSIP data, a PSIP update block 18 for replacing the major/minor channel number and carrier frequency contained in the PSIP table, and an inserter 17 for inserting the updated PSIP table data back into the transport stream. As shown, the PSIP table data is extracted by extractor 16 and input into the PSIP update block 18. The PSIP update block 18 replaces the major/minor channel number and transmit carrier frequency contained in the VCT (a sub-table of the PSIP table) while retaining the other PSIP data. The PSIP update block 18 then substitutes an updated major/minor channel number and transmit carrier frequency into the VCT. Thereafter, the updated PSIP table data is re-inserted back into the digital transport stream via inserter 17.

FIG. 4 shows a second embodiment of a DTV translator 20 of the present invention. The second embodiment includes an 8-VSB receiver 21, a PSIP update module 22, and a re-multiplexor 23, and an 8-VSB modulator 24. Usually an RF power amplifier 25 and an antenna 26 are coupled to the 8-VSB modulator 24. The structure and operation of the second embodiment is the same as the structure and operation of the first embodiment, except that a re-multiplexor 23 is added for introducing new ancillary data into the digital transport stream.

The digital transport stream containing original ancillary data and the updated PSIP table data is input into the re-multiplexor 23. Re-multiplexor 23 substitutes new ancillary data in place of the original ancillary data in the digital transport stream. The digital transport stream is then sent to 8-VSB modulator 24 and converted into a DTV signal consistent with the operation as described in the first embodiment. In this way, each translator can distribute new ancillary data to user(s) in the translator's transmit range.

FIG. 5 is a block diagram of the re-multiplexor 23, which comprises a demultiplexor 27 and a multiplexor 28. As shown, the original ancillary data, video data, audio data, and updated PSIP table data is contained in the input digital transport stream, which is demultiplexed into separate bit streams by de-multiplexor 27. The original ancillary data is terminated (discarded). The multiplexor 28 then combines the video data, the audio data, the updated PSIP data, and new ancillary data back into the output digital transport stream, which is then input to the 8-VSB modulator 24.

The PSIP update step and the ancillary data insertion step are not required to take place in any particular order. For example, since the PSIP data has been separated into its constituent streams by demultiplexor 27 of re-multiplexor 23, the PSIP table update step could take place in the re-multiplexor 23 by updating the major/minor channel number and

6

carrier frequency. The updated PSIP table data could be reinserted into the digital transport stream by multiplexor 28. Or, for example, the placement of the PSIP update module 22 and the multiplexor 23 could be reversed. Moreover, only a portion of the original ancillary data could be replaced with new ancillary data thereby allowing other portions of the ancillary data to be transmitted downstream by the translator.

The second embodiment allows DTV broadcasting stations to increase their data broadcasting capacity every time a DTV translator is added. For example, adding a DTV translator increases the number of users and increases the capacity for data transmission through employment of the new ancillary data, which permits the insertion of data, such as Internet data. Downstream Internet data can be inserted as new ancillary data by each translator and distributed to specific geographic regions and users without the need for additional bandwidth.

FIG. 6 shows an example of a third embodiment of the invention wherein an information distribution network 30 uses a plurality of translators to increase the data capacity of the network. As shown, a plurality of translators, collectively labeled 31a-31d, translate and distribute a DTV signal in both a star and daisy-chain configuration.

The first translator 31a receives a DTV signal, from a main digital television source, containing original ancillary data 0, such as Internet download data at a frequency fo. Translator 31a inserts ancillary data 1 and discards original ancillary data 0, and then retransmits the modified DTV signal having ancillary data 1 at a frequency f1. User 32a receives ancillary data 1 from translator 31a. A second DTV translator 31b receives the translated DTV signal from translator 31a at a frequency of f1, substitutes ancillary data 2 for ancillary data 1, and then retransmits at a frequency f2. User 32b receives the DTV signal transmitted from translator 31b along with ancillary data 2. User 32d also receives ancillary data 1 from translator 31a. A third DTV translator 31c receives the translated DTV signal from translator 31b at a frequency of f2, substitutes ancillary data 3 for the ancillary data 2, and retransmits at a frequency f1. User 32c receives the DTV signal transmitted from translator 32c along with ancillary data 3. DTV translators 31a, 31b, and 31c are thus configured in a daisy-chain fashion with translators 31a and 31c being endpoints.

Further, a fourth DTV translator 31d receives the translated DTV signal from translator 31a at a frequency of f1, substitutes ancillary data 4 for ancillary data 1, and then retransmits at a frequency f4. User 32d receives the DTV signal transmitted from translator 31d along with ancillary data 4. DTV translators 31a, 31b, and 31d are thereby configured in a star fashion with DTV translator 31a configured as a hub. Moreover, a variety of translator topologies can be employed to transmit unique ancillary data to each of a very large number of users, or a group of users, without requiring an increase in the bandwidth of any single translator's transport stream or physical RF channel.

Even more efficient use of bandwidth can be achieved by allowing multiple translators to use the same transmit frequencies, as does translators 31a and 31c. Translators can be placed in any number of configurations to increase the data capacity of the DTV distribution network. Furthermore, the use of a PSIP update model in each of the translators can insure proper DTV reception.

Moreover, while the embodiments described herein can be implemented via current ASTC standards, it is contemplated that other DTV standards or a modified ASTC standard could be readily employed to realize the present invention. Further, while the video data on the digital transport stream can be

7

MPEG2 standard video data, as described herein, the invention contemplates using variations of MPEG2 standard data in the digital transport system.

As the present invention may be embodied in several forms without departing from the spirit or essential characteristics thereof, it should also be understood that the above-described embodiments are not limited by any of the details of the foregoing description, unless otherwise specified, but rather should be construed broadly within its spirit and scope as defined in the appended claims, and therefore all changes and modifications that fall within the meets and bounds of the claims, or equivalence of such meets and bounds are therefore intended to be embraced by the appended claims.

What is claimed is:

1. A program information update module, comprising:

a demultiplexor, the demultiplexor separating a first program information table from video data and audio data contained in a first digital transport stream, the first program information table containing one or more attributes for a virtual channel of a digital television signal carried in the first digital transport stream;

a program information update unit, the program information update unit modifying the first program information table to form a second program information table, the second program information table including one or more new attributes for the virtual channel of the digital television signal carried in the first digital transport stream; and

a multiplexor, the multiplexor combining the second program information table with the separated video and audio data to form a second digital transport stream, wherein the second digital transport stream contains the one or more updated attributes for the virtual channel.

2. The program information update module of claim 1, wherein the first program information table is an ATSC PSIP table, wherein the program information update unit modifies a VCT table within the first program information table, and wherein the VCT table is in ATSC format.

3. The program information update module of claim 1, wherein the program information update unit modifies a virtual channel number within the first program information table.

4. The program information update module of claim 1, wherein the program information update unit modifies the first program information table by adding the one or more new attributes for the virtual channel to data from the first program information table to form the second program information table.

5. The program information update module of claim 1, wherein the program information update unit modifies the first program information table by replacing the one or more attributes for the virtual channel in the first program information table with the one or more new attributes for the virtual channel to form the second program information table.

6. The program information update module of claim 1, wherein the program information update unit modifies the first program information table by dropping the first program information table and inserting the second program information table including the one or more new attributes for the virtual channel, wherein the one or more attributes for the virtual channel identifies the digital television signal carried in the first digital transport stream.

7. The program information update module of claim 1, further comprising a remultiplexor, the remultiplexor inserting internet protocol packets arriving from an internet protocol network into one of the first and second digital transport streams.

8

8. The program information update module of claim 1, wherein the multiplexor combines new ancillary data with the second program information table and the separated video and audio data to form the second digital transport stream.

9. The program information update module of claim 1, further comprising a digital television receiver, the digital television receiver receiving a first RF television signal and converting the first RF television signal into the first digital transport stream.

10. The program information update module of claim 1, further comprising a digital television modulator, the digital television modulator receiving the second digital transport stream and converting the second digital transport stream into an RF modulated signal.

11. A digital television translator, comprising:

a digital television receiver that generates a first digital transport stream from a first digital television RF signal;

a demultiplexor for separating original PSIP data from video data and audio data contained in the first digital transport stream;

a PSIP update unit, the PSIP update unit modifying a virtual channel table in the original PSIP data to form updated PSIP data;

a multiplexor for combining the updated PSIP data with the separated video and audio data to form a second digital transport stream; and

a digital television modulator that receives the second digital transport stream from the multiplexor and generates a second digital television RF signal.

12. The digital television translator of claim 11, further comprising an RF power amplifier for amplifying the second digital television RF signal.

13. A method of translating, comprising:

separating a first program information table from video data and audio data contained in a first digital transport stream, the first program information table containing one or more attributes for a virtual channel of a digital television signal carried in the first digital transport stream;

forming a second program information table having one or both of a new carrier frequency and new virtual channel number;

combining the second program information table with the separated video and audio data to form a second digital transport stream;

modulating data from the second digital transport stream; and

generating a second digital television RF signal using the modulated data from the second digital transport stream.

14. The method of claim 13, further comprising generating the first digital transport stream from a first digital television RF signal.

15. The method of claim 14, further comprising receiving the first digital television RF signal over-the-air.

16. The method of claim 13, wherein the second program information table does not include a portion of data contained in the first program information table.

17. The method of claim 13, further comprising inserting internet protocol packets arriving from an internet protocol network into one of the first or second digital transport streams.

18. The method of claim 13, further comprising inserting ancillary data into one of the first or second digital transport streams.

19. A system for translating, comprising:

a demultiplexor, the demultiplexor separating a first program information table from video data and audio data

9

contained in a first digital transport stream, the first program information table containing one or more attributes for a virtual channel of a digital television signal carried in the first digital transport stream;

a program information update unit, the program information update unit replacing the first program information table with a second program information table, the second program information table including one or more new attributes for the virtual channel of the digital television signal carried in the first digital transport stream;

a multiplexor, the multiplexor combining the second program information table with the separated video and audio data to form a second digital transport stream.

20. The system for translating of claim 19, further comprising a digital modulator that receives the second digital transport stream from the multiplexor and generates a second digital television signal.

21. The system for translating of claim 19, further comprising a digital television receiver that generates the first digital transport stream from a first digital television signal, having ATSC PSIP tables.

22. The system for translating of claim 19, wherein the one or more attributes for a virtual channel of a digital television signal carried in the first digital transport stream identifies the virtual channel number of the first digital television signal carried in the first digital transport stream.

23. The system for translating of claim 19, wherein the one or more new attributes for a virtual channel of a digital television signal carried in the second digital transport stream identifies the virtual channel number of the digital television signal carried in the first digital transport stream.

24. The system for translating of claim 19, wherein the one or more new attributes for a virtual channel of a digital television signal carried in the second digital transport stream identifies the virtual channel number of the digital television signal carried in the second digital transport stream.

25. The system for translating of claim 19, further comprising:

a digital television receiver that generates the first digital transport stream from a first digital television signal, having ATSC PSIP tables; and

a digital modulator that receives the second digital transport stream from the multiplexor and generates a second digital television signal.

26. The system for translating of claim 19, wherein Internet Protocol packets arriving from an Internet Protocol network are inserted into one of the first or second digital transport streams.

27. The system for translating of claim 19, wherein the first digital transport stream includes ATSC PSIP Tables.

28. The system for translating of claim 20, further comprising an RF power amplifier for amplifying the second digital television signal.

29. A system for translating, comprising

a demultiplexor, the demultiplexor separating a first program information table from video data and audio data

10

contained in a first digital transport stream, the first program information table containing one or more attributes for a virtual channel of a digital television signal carried in the first digital transport stream;

a program information update unit, the program information update unit supplementing the first program information table with a second program information table, the second program information table including one or more new attributes for the virtual channel of the digital television signal carried in the first digital transport stream;

a multiplexor, the multiplexor combining the second program information table with the separated video and audio data to form a second digital transport stream.

30. The system for translating of claim 29, further comprising a digital modulator that receives the second digital transport stream from the multiplexor and generates a second digital television signal.

31. The system for translating of claim 29, further comprising a digital television receiver that generates the first digital transport stream from a first digital television signal, having ATSC PSIP tables.

32. The system for translating of claim 29, further comprising:

a digital television receiver that generates the first digital transport stream from a first digital television signal, having ATSC PSIP tables; and

a digital modulator that receives the second digital transport stream from the multiplexor and generates a second digital television signal.

33. The system for translating of claim 29, wherein Internet Protocol packets arriving from an Internet Protocol network are inserted into one of the first or second digital transport streams.

34. The system for translating of claim 29, wherein the first digital transport stream includes ATSC PSIP tables.

35. The system for translating of claim 30, further comprising an RF power amplifier for amplifying the second digital television signal.

36. The system for translating of claim 29, wherein the one or more attributes for a virtual channel of a digital television signal carried in the first digital transport stream identifies the virtual channel number of the first digital television signal carried in the first digital transport stream.

37. The system for translating of claim 29, wherein the one or more new attributes for a virtual channel of a digital television signal carried in the second digital transport stream identifies the virtual channel number of the digital television signal carried in the first digital transport stream.

38. The system for translating of claim 29, wherein the one or more new attributes for a virtual channel of a digital television signal carried in the second digital transport stream identifies the virtual channel number of the digital television signal carried in the second digital transport stream.

* * * * *

# EXHIBIT B

US007761893B2

(12) **United States Patent**
Kuh

(10) Patent No.: **US 7,761,893 B2**
(45) Date of Patent: **Jul. 20, 2010**

(54) **DIGITAL TELEVISION TRANSLATOR WITH PSIP UPDATE**

(75) Inventor: **Steve Kuh**, Chatsworth, CA (US)

(73) Assignee: **KTech Telecommunications, Inc.**, Chatsworth, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **12/314,078**

(22) Filed: **Dec. 3, 2008**

(65) **Prior Publication Data**

US 2009/0187959 A1     Jul. 23, 2009

**Related U.S. Application Data**

(63) Continuation of application No. 10/890,210, filed on Jul. 14, 2004, now Pat. No. 7,487,533, which is a continuation of application No. 09/545,613, filed on Apr. 5, 2000, now Pat. No. 6,785,903.

(51) Int. Cl.
| | |
|---|---|
| *H04N 5/445* | (2006.01) |
| *H04N 7/16* | (2006.01) |
| *G06F 3/00* | (2006.01) |
| *G06F 13/00* | (2006.01) |

(52) **U.S. Cl.** ............................ **725/50**; 725/115; 725/116

(58) **Field of Classification Search** .................. 725/50, 725/114–118

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,694,419 | A | 12/1997 | Lawrence et al. |
| 5,774,193 | A | 6/1998 | Vaughan |
| 5,852,612 | A | 12/1998 | Kostreski et al. |
| 5,884,181 | A | 3/1999 | Arnold et al. |
| 5,978,650 | A | 11/1999 | Fischer et al. |
| 6,233,255 | B1 | 5/2001 | Kato et al. |
| 6,249,320 | B1 | 6/2001 | Schneidewend et al. |
| 6,313,886 | B1 * | 11/2001 | Sugiyama ..................... 348/731 |
| 6,400,415 | B1 | 6/2002 | Danielsons |
| 6,414,720 | B1 | 7/2002 | Tsukidate et al. |
| 6,971,119 | B1 | 11/2005 | Arsenault et al. |

(Continued)

OTHER PUBLICATIONS

Guide to the Use of the ATSC Digital Television Standard, Doc. A/54, Oct. 4, 1995, Table of Contents and pp. 1-136.

(Continued)

*Primary Examiner*—Hunter B. Lonsberry
(74) *Attorney, Agent, or Firm*—Morgan, Lewis & Bockius LLP

(57)     **ABSTRACT**

A digital television translator includes a digital television receiver for receiving a first digital television signal at a first frequency and generating a digital transport stream from the first digital television signal. The digital transport stream can include original Program and System Information (PSIP) data having RX channel data that is indicative of the first frequency, the first major channel number, and/or the first minor channel number. The digital television translator also includes a PSIP update module for updating the original PSIP data in the digital transport stream by replacing the RX channel data with TX channel data. The TX data is indicative of a second frequency, a second major channel number, and/or a second minor channel number. The digital television translator further includes a digital television modulator for converting the digital transport stream having the updated PSIP data into a second digital television signal at the second frequency, where the second frequency can be the same or different from the first frequency.

**15 Claims, 4 Drawing Sheets**

**12**



## US 7,761,893 B2
Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,973,663 | B1 | 12/2005 | Brown et al. |
| 7,254,829 | B1 | 8/2007 | Brown et al. |
| 2001/0009556 | A1 | 7/2001 | Kato et al. |
| 2002/0145679 | A1 * | 10/2002 | Barreyro et al. ............. 348/723 |

### OTHER PUBLICATIONS

ATSC VSB Translator, Product Literature, Zenith Electronics Corporation, obtained at the National Association of Broadcaster's Convention in Las Vegas, held between Apr. 10, 2000 and Apr. 13, 2000.
ATSC Digital Television Standard, Doc. A/53, Apr. 12, 1995 and Sep. 16, 1995, Table of Contents and pp. 1-16.
Program and System Information Protocol for Terrestrial Broadcast and Cable, Doc. A/65, Dec. 23, 1997, Table of Contents and pp. 1-93.
ATSC VSB Translator Datasheet (Undated).
KTech Telecommunications, Inc. 8-VSB Remodulator Application Note, Apr. 1999, pp. 1-4, available via http://archive.org.
KTech Telecommunications, Inc. 8-VSB Remodulator Model No. V SB-REMOD-100, Oct. 1999, pp. 1-2, available via http://archive.org.
KTech Telecommunications, Inc. 8-VSB Remodulator Product Description, Mar. 2000, pp. 1-2, available via http://archive.org.
John Taylor, "Zenith Introduces New Product to Advance the Roll-Out of DTV Translators," Apr. 8, 2000, retrieved from http://www.zenith.com.
KTech Telecommunications, Inc. Homepage, Apr. 1999, p. 1, available via http://archive.org.
WayBack Machine search result for ktechlelecom.com, search for on Jun. 23, 2003, available via http://archive.org.

* cited by examiner

**Prior Art**

**1**



**Fig. 1**



**Fig. 2**



**Fig. 3**



Fig. 4



Fig. 5



Fig. 6

US 7,761,893 B2

# DIGITAL TELEVISION TRANSLATOR WITH PSIP UPDATE

This application is a Continuation application of U.S. patent application Ser. No. 10/890,210 filed on Jul. 14, 2004, now U.S. Pat. No. 7,487,533, which is a continuation of U.S. patent application Ser. No. 09/545,613, filed on Apr. 5, 2000, now U.S. Pat. No. 6,785,903. The prior applications are incorporated by reference in their entirety.

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

The present invention relates to a digital television translator. More particularly, the present invention relates to a digital television translator that updates the program and system information protocol (PSIP) table with transmit (TX) channel data.

### 2. Discussion of the Related Art

Digital television (DTV) broadcasting systems are relatively new in the United States and offer many alternatives to traditional information and program distribution. In addition to traditional television programming, DTV systems offer the ability to distribute additional content in the form of data. This data can be any type of data including, for example, Internet data broadcast to one or more end users. Therefore, DTV broadcast systems offer great flexibility and diversity in the types of information they distribute. Like most conventional broadcast systems, DTV broadcast systems have a finite capacity limited by the bandwidth of its channels.

Additionally, as with other broadcast systems, such as analog television systems, the received DTV signal quality can vary greatly depending upon where the receiver is located. This problem is due to a number of adverse technological effects such as multi-path, interference, and simple attenuation. One solution to this problem is to use multiple low power repeaters (On-Channel boosters) and/or translators (Remodulators) to improve reception in areas of poor DTV signal reception. For example, a repeater, placed in an area of poor signal reception, receives a transmitted signal from a high power DTV transmitter and re-transmits an amplified duplicate signal at the same frequency. Translators, on the other hand, can receive a transmitted signal from a high power DTV transmitter and re-transmit the signal at a frequency different than the received frequency. Repeaters and translators are also used to extend the coverage of a broadcast system incrementally, and economically, to specific geographical regions.

FIG. 1 shows an example of a conventional DTV translator 1. The conventional DTV translator includes a down converter 2, a first local oscillator 3, an up converter 4, and a second local oscillator 5. A received DTV signal (RX RF input) is down converted to IF (intermediate frequency) by down converter 2. The IF is determined by the difference between the frequency LO1 generated by the first local oscillator 3 and the RF frequency of the received DTV signal (RX RF Input). The IF signal is then up converted to RF by up converter 4. The frequency of the up converted RF DTV signal (TX RF Output) is determined by the sum of the frequency LO2 generated by the second local oscillator 5 and the IF. The up converted DTV signal (TX RF Output) is then amplified and transmitted. With this arrangement, the transmitted signal contains the same information as the received signal, but is amplified. Further, when LO1=LO2, the transmit frequency is the same as the received frequency, and the apparatus operates as an on-channel booster. Alternatively,

when LO1.noteq.LO2, the transmit frequency is different than the received frequency, and the apparatus operates as a translator.

In the DTV American Television Systems Committee (ASTC) standard, a DTV signal contains a Program and System Information Protocol (PSIP) table, which is a collection of hierarchically arranged sub-tables for describing system information and program guide data. One of sub-tables in the PSIP table is the Virtual Channel Table (VCT), which contains a list of attributes for virtual channels carried in the digital transport stream (baseband information). VCT fields "major channel number" and "minor channel number" are used for identification. The major channel number is used to group all channels that are to be identified as belonging to a particular broadcast corporation (or a particular identifying number such as channel "12"). The minor channel number specifies a particular channel within the group. The VCT also contains a "carrier frequency" field, which is used to identify the frequency at which the DTV signal is transmitted and received. As discussed herein, TX and RX channel data include at least one of the following major channel number, minor channel number, carrier frequency, and/or other data necessary for generating a proper DTV signal.

When a RF DTV signal is translated to a new frequency by the conventional DTV translator 1 of FIG. 1, the PSIP table no longer reflects the correct carrier frequency. In many DTV receivers, this discrepancy between the actual frequency of the received DTV signal and the carrier frequency data contained in the PSIP table prevents the receiver from properly receiving the DTV signal.

Also, a particular broadcast corporation may be assigned different major/minor channel numbers in geographical regions serviced by each translator. For example, Broadcast Corporation #1 could be assigned major/minor channel 12/04 in region #1 (served by a main DTV transmitter) and major/minor channel 37/04 in region #2 (served by a translator translating the main DTV transmitted signal). The conventional translator of FIG. 1 therefore generates a translated DTV signal that contains an incorrect channel number for transmission into region #2.

Moreover, in region #2, major minor/channel 12/04 may have already been assigned to Broadcast Corporation #2. In that case, a single DTV receiver in region #2 will receive two unique channels (Broadcast Corporation #1 and Broadcast Corporation #2) each having the same major/minor channel number in each of their PSIP tables. While some DTV receivers overcome these anomalies by allowing users to select whether to ignore PSIP data or to display the VCT information, other DTV receivers do not have this capability and are unable to properly tune to the program(s) of one or both of the two Broadcast Corporations.

## SUMMARY OF THE INVENTION

Accordingly, the present invention relates to a digital television translator, and more particularly to a digital television translator that updates the PSIP table with proper channel and carrier frequency information. To achieve these and other advantages and in accordance with the purpose of the present invention, as embodied and broadly described, there is provided a digital television translator, comprising a digital television receiver for receiving a first digital television signal and generating a digital transport stream from the first digital television signal, the digital transport stream including original PSIP data having RX channel data; and a PSIP update module for updating the original PSIP data in the digital transport stream by replacing the RX channel data with TX channel

3

data; and a digital television modulator for converting the digital transport stream having the updated PSIP data into a second digital television signal.

In another aspect of the instant invention, there is provided an information distribution network using digital television transmission, the information distribution network comprising a plurality of digital television transmission nodes including a main digital television signal source for generating a main digital television signal; and a plurality of digital television translators receiving a digital television signal from one of the plurality of digital television nodes, at least one of said plurality of digital television translators including a digital television receiver for receiving the digital television signal from one of the plurality of digital television nodes and generating a digital transport stream from the received digital television signal, the digital transport stream including original ancillary data and original PSIP data having RX channel data, a data update module for updating the original PSIP data in the digital transport stream by replacing the RX channel data with TX channel data and for replacing the original ancillary data in the digital transport stream with new ancillary data, and a digital television modulator for converting the digital transport stream having the new ancillary data and the updated PSIP data into a transmitted digital television signal, wherein at least two of the plurality of digital television transmission nodes transmit at the same frequency and the total ancillary data of the information distribution network includes the new ancillary data from multiple digital television translators of the plurality of digital television translators.

Additional features and advantages of the present invention will be set forth in the description that follows, and in part will be apparent from the description, or may be learned by practice of the invention. The objectives and other advantages of the invention will be realized and attained by the structure particularly pointed out in the written description and claims hereof as well as the appended drawings.

It is to be understood that both the foregoing general description and the following detailed description are exemplary and explanatory and are intended to provide further explanation of the invention as claimed.

BRIEF DESCRIPTION OF THE ATTACHED DRAWINGS

The accompanying drawings, which are included to provide a further understanding of the invention and are incorporated in and constitute a part of this specification, illustrate embodiments of the invention that together with the description serve to explain the principles of the invention.

In the drawings:

FIG. 1 shows an example of a conventional DTV translator;

FIG. 2 shows a first embodiment of a DTV translator of the present invention having PSIP table update capability;

FIG. 3 shows an example of a PSIP update module;

FIG. 4 shows a second embodiment of a DTV translator of the present invention having both PSIP table update capability and a re-multiplexor;

FIG. 5 shows an example of the re-multiplexor; and

FIG. 6 shows an example of an information distribution network of the present invention using multiple translators.

DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

Reference will now be made in detail to the preferred embodiments of the present invention, examples of which are illustrated in the accompanying drawings.

4

To overcome the problems associated with the prior art, i.e., tuning problems with some DTV receivers due to incorrect PSIP table information, the PSIP table information is updated by the translator to properly reflect the new transmit carrier frequency and channel number.

FIG. 2 shows a first embodiment of a DTV translator 10 of the present invention having PSIP table update capability. The DTV translator 10 includes an 8-VSB receiver 11, a PSIP update module 12, an 8-VSB modulator 13, an RF power amplifier 14, and a transmitting antenna 15. The receiver 11 receives an 8-VSB DTV signal (RFi) that may have been originally transmitted by a base station or another translator, over the air or by a cable. The receiver 11 processes the DTV signal according to ASTC DTV standards to produce a digital transport stream (TS) containing MPEG2 video data, audio data, ancillary data, and PSIP data. The PSIP data in the digital transport stream includes a major channel number, a minor channel number, and a carrier frequency, which together make up the RX channel data. As shown, the receiver 11 is controlled by an input (RX Channel Select) which informs the receiver 11 of which carrier frequency channel to tune.

The processing of the received DTV signal by the 8-VSB receiver 11 is in accordance with ATSC DTV standards and, accordingly, can include down conversion, digitization, carrier synchronization, symbol clock synchronization, frame and segment synchronization, matched filtering, equalization, bit-demapping, Trellis decoding, convolutional de-interleaving, Reed-Solomon forward error correction (FEC) decoding, and de-randomizing.

The digital transport stream (TS) is then input into PSIP update module 12. The PSIP update module 12 extracts the PSIP table data and updates the RX channel data with TX channel data. Specifically, the major channel number, the minor channel number, and the carrier frequency contained in the PSIP VCT are updated. Updated major and minor channel numbers are those numbers assigned to the broadcaster associated with the transport stream content for the geographical region covered by the DTV translator. Sometimes the original and updated channel numbers will be the same, for example when the translator is being used to fill in a poor reception area of the geographical area covered by the main transmitter. At other times, the original and updated channel numbers will be different, for example, when the translator is being used to extend coverage into a geographical area not covered by the main transmitter. In this instance, the broadcaster may be licensed to broadcast in the translator's geographical area, but at a different channel.

Also, the carrier frequency of the DTV signal transmitted from the translator must be reflected in the PSIP VCT. In most instances, the translator will transmit at a different frequency than it receives, requiring the PSIP VCT to be updated with the new transmitted carrier frequency. In some instances, the carrier frequency of the DTV signal can be transmitted at the same frequency that it is received, such as when the translator system is being used as an on-channel booster. In either instance, the updated PSIP table is then reinserted back into the digital transport stream.

Once the PSIP data is updated, the transport stream containing the updated PSIP data is then input into the 8-VSB modulator 13. 8-VSB modulator 13 processes the digital transport stream according to ATSC DTV standards to produce a DTV signal (Rfo) at the carrier frequency contained in the VCT of the updated PSIP table data. As shown, 8-VSB modulator 13 is controlled by input (TX Channel Select) which informs the 8-VSB modulator 13 at which frequency to transmit the DTV signal. Alternatively, the 8-VSB modulator

5                                                                                      6

can detect the carrier frequency information from the VCT of the DTV signal and transmit the DTV signal using the detected carrier frequency.

8-VSB modulator 13 processes the transport stream having the updated PSIP data according to ASTC terrestrial broadcast standards. Accordingly, this processing can include randomization, Reed-Solomon encoding, convolutional interleaving, symbol mapping, trellis encoding, and vestigial sideband filtering. After the digitally filtered signal is converted to an analog signal, the signal is up converted to a transmit RF signal (RFo) at the transmit frequency determined by TX channel select. The 8-VSB modulator 13 typically operates at a frequency of 54 MHZ-216 MHZ and 470 MHZ-806 MHZ and has a maximum output power of approximately 1 milliwatt. A power amplifier 14 and transmitting antenna 15 are usually added to the output of the 8-VSB modulator 13.

FIG. 3 shows an example of PSIP update module 12. The PSIP update module 12 includes an extractor 16 for extracting the original PSIP data, a PSIP update block 18 for replacing the major/minor channel number and carrier frequency contained in the PSIP table, and an inserter 17 for inserting the updated PSIP table data back into the transport stream. As shown, the PSIP table data is extracted by extractor 16 and input into the PSIP update block 18. The PSIP update block 18 replaces the major/minor channel number and transmit carrier frequency contained in the VCT (a sub-table of the PSIP table) while retaining the other PSIP data. The PSIP update block 18 then substitutes an updated major/minor channel number and transmit carrier frequency into the VCT. Thereafter, the updated PSIP table data is re-inserted back into the digital transport stream via inserter 17.

FIG. 4 shows a second embodiment of a DTV translator 20 of the present invention. The second embodiment includes an 8-VSB receiver 21, a PSIP update module 22, a re-multiplexor 23, and an 8-VSB modulator 24. Usually an RF power amplifier 25 and an antenna 26 are coupled to the 8-VSB modulator 24. The structure and operation of the second embodiment is the same as the structure and operation of the first embodiment, except that a re-multiplexor 23 is added for introducing new ancillary data into the digital transport stream.

The digital transport stream containing original ancillary data and the updated PSIP table data is input into the re-multiplexor 23. Re-multiplexor 23 substitutes new ancillary data in place of the original ancillary data in the digital transport stream. The digital transport stream is then sent to the 8-VSB modulator 24 and converted into a DTV signal consistent with the operation as described in the first embodiment. In this way, each translator can distribute new ancillary data to user(s) in the translator's transmit range.

FIG. 5 is a block diagram of the re-multiplexor 23, which comprises a demultiplexor 27 and a multiplexor 28. As shown, the original ancillary data, video data, audio data, and updated PSIP table data is contained in the input digital transport stream, which is demultiplexed into separate bit streams by de-multiplexor 27. The original ancillary data is terminated (discarded). The multiplexor 28 then combines the video data, the audio data, the updated PSIP data, and new ancillary data back into the output digital transport stream, which is then input to the 8-VSB modulator 24.

The PSIP update step and the ancillary data insertion step are not required to take place in any particular order. For example, since the PSIP data has been separated into its constituent streams by demultiplexor 27 of re-multiplexor 23, the PSIP table update step could take place in the re-multiplexor 23 by updating the major/minor channel number and

carrier frequency. The updated PSIP table data could be reinserted into the digital transport stream by multiplexor 28. Or, for example, the placement of the PSIP update module 22 and the multiplexor 23 could be reversed. Moreover, only a portion of the original ancillary data could be replaced with new ancillary data thereby allowing other portions of the ancillary data to be transmitted downstream by the translator.

The second embodiment allows DTV broadcasting stations to increase their data broadcasting capacity every time a DTV translator is added. For example, adding a DTV translator increases the number of users and increases the capacity for data transmission through employment of the new ancillary data, which permits the insertion of data, such as Internet data. Downstream Internet data can be inserted as new ancillary data by each translator and distributed to specific geographic regions and users without the need for additional bandwidth.

FIG. 6 shows an example of a third embodiment of the invention wherein an information distribution network 30 uses a plurality of translators to increase the data capacity of the network. As shown, a plurality of translators, collectively labeled 31a-31d, translate and distribute a DTV signal in both a star and daisy-chain configuration.

The first translator 31a receives a DTV signal containing original ancillary data 0, such as Internet download data at a frequency fo. Translator 31a inserts ancillary data 1 and discards original ancillary data 0, and then retransmits the modified DTV signal having ancillary data 1 at a frequency f1. User 32a receives ancillary data 1 from translator 31a. A second DTV translator 31b receives the translated DTV signal from translator 31a at a frequency of f1, substitutes ancillary data 2 for ancillary data 1, and then retransmits at a frequency f2. User 32b receives the DTV signal transmitted from translator 31b along with ancillary data 2. User 32d also receives ancillary data 1 from translator 31a. A third DTV translator 31c receives the translated DTV signal from translator 31b at a frequency of f2, substitutes ancillary data 3 for the ancillary data 2, and retransmits at a frequency f1. User 32c receives the DTV signal transmitted from translator 32c along with ancillary data 3. DTV translators 31a, 31b, and 31c are thus configured in a daisy-chain fashion with translators 31a and 31c being endpoints.

Further, a fourth DTV translator 31d receives the translated DTV signal from translator 31a at a frequency of f1, substitutes ancillary data 4 for ancillary data 1, and then retransmits at a frequency f4. User 32d receives the DTV signal transmitted from translator 31d along with ancillary data 4. DTV translators 31a, 31b, and 31d are thereby configured in a star fashion with DTV translator 31a configured as a hub. Moreover, a variety of translator topologies can be employed to transmit unique ancillary data to each of a very large number of users, or a group of users, without requiring an increase in the bandwidth of any single translator's transport stream or physical RF channel.

Even more efficient use of bandwidth can be achieved by allowing multiple translators to use the same transmit frequencies, as does translators 31a and 31c. Translators can be placed in any number of configurations to increase the data capacity of the DTV distribution network. Furthermore, the use of a PSIP update model in each of the translators can insure proper DTV reception.

Moreover, while the embodiments described herein can be implemented via current ASTC standards, it is contemplated that other DTV standards or a modified ASTC standard could be readily employed to realize the present invention. Further, while the video data on the digital transport stream can be MPEG2 standard video data, as described herein, the inven-

US 7,761,893 B2

7

tion contemplates using variations of MPEG2 standard data in the digital transport system.

As the present invention may be embodied in several forms without departing from the spirit or essential characteristics thereof, it should also be understood that the above-described embodiments are not limited by any of the details of the foregoing description, unless otherwise specified, but rather should be construed broadly within its spirit and scope as defined in the appended claims, and therefore all changes and modifications that fall within the meets and bounds of the claims, or equivalence of such meets and bounds are therefore intended to be embraced by the appended claims.

What is claimed is:

1. A system for translating a first digital transport stream containing one or more digital television programs carried in the first digital transport stream, comprising:

a program information update unit, the program information update unit supplementing one or more attributes for a virtual channel of a digital television program carried in the first digital transport stream; and

a multiplexor combining the one or more attributes supplemented by the program information update unit and the first digital television program carried on the first digital transport stream to form a second digital transport stream.

2. A system for translating, comprising

an extractor, the extractor separating a first program information table from video data and audio data contained in a first digital transport stream, the first program information table containing one or more attributes for a virtual channel of a first digital television signal;

a program information update unit, the program information update unit replacing the first program information table with a second program information table, the second program information table including one or more new attributes for the virtual channel of the first digital television signal carried in the first digital transport stream; and

a combiner, the combiner combining the second program information table with the separated video and audio data.

3. The system for translating of claim 2, wherein an inserter adds new data to the second program information table.

4. The system for translating of claim 2, wherein an inserter adds Internet Protocol packets arriving from an Internet Protocol network to the separated video data and audio data.

8

5. The system for translating of claim 2, further comprising a digital television receiver that generates the first digital transport stream from the first digital television signal, having ATSC PSIP tables.

6. The system for translating of claim 2, wherein the one or more attributes for the virtual channel of the first digital television signal identifies the virtual channel number of the channel of the first digital television signal.

7. The system for translating of claim 2, wherein the first digital transport stream includes ATSC PSIP Tables.

8. The system for translating of claim 2, wherein the combiner combines the second program information table with the separated video and audio data to create a second digital transport stream.

9. A method for translating, comprising

separating a first program information table from video data and audio data contained in a first digital transport stream, the first program information table containing one or more attributes for a virtual channel of a first digital television signal;

replacing the first program information table with a second program information table, the second program information table including one or more new attributes for the virtual channel of the first digital television signal carried in the first digital transport stream; and

combining the second program information table with the separated video and audio data.

10. The method for translating of claim 9, further comprising adding new data to the second program information table.

11. The method for translating of claim 9, further comprising adding Internet Protocol packets arriving from an Internet Protocol network to the separated video data and audio data.

12. The method for translating of claim 9, further comprising generating the first digital transport stream from the first digital television signal, having ATSC PSIP tables.

13. The method for translating of claim 9, wherein the one or more attributes for the virtual channel of the first digital television signal identifies the virtual channel number of the channel of the first digital television signal.

14. The method for translating of claim 9, wherein the first digital transport stream includes ATSC PSIP Tables.

15. The method for translating of claim 9, further comprising combining the second program information table with the separated video and audio data to create a second digital transport stream.

* * * * *

# EXHIBIT C

US006785903B1

(12) **United States Patent**
Kuh

(10) Patent No.: **US 6,785,903 B1**
(45) **Date of Patent:** **Aug. 31, 2004**

(54) **DIGITAL TELEVISION TRANSLATOR WITH PSIP UPDATE**

(75) Inventor: **Steve Kuh**, Northridge, CA (US)

(73) Assignee: **K Tech Telecommunications, Inc.,** Chatsworth, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/545,613**

(22) Filed: **Apr. 5, 2000**

(51) Int. Cl.[7] ................................................. H04N 5/58
(52) U.S. Cl. .......................... 725/50; 725/132; 725/118; 725/127; 725/148; 725/149; 725/152; 370/486
(58) Field of Search .......................... 725/50, 132, 142, 725/152, 118, 199, 120, 127, 128, 148; 370/486

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,694,419 A | 12/1997 | Lawrence et al. | .......... 375/222 |
| 5,774,193 A | 6/1998 | Vaughan | ...................... 348/723 |
| 5,852,612 A | 12/1998 | Kostreski et al. | .......... 370/537 |
| 5,884,181 A | 3/1999 | Arnold et al. | .............. 455/450 |
| 5,978,650 A | 11/1999 | Fischer et al. | .............. 455/3.1 |
| 6,233,255 B1 * | 5/2001 | Kato et al. | ................... 370/486 |
| 6,249,320 B1 * | 6/2001 | Schneidewend et al. | .... 348/569 |
| 6,313,886 B1 * | 11/2001 | Sugiyama | ................... 348/731 |
| 6,400,415 B1 * | 6/2002 | Danielsons | ................ 348/608 |
| 6,414,720 B1 * | 7/2002 | Tsukidate et al. | .......... 348/469 |
| 2001/0009556 A1 * | 7/2001 | Kato et al. | ................... 370/486 |
| 2002/0145679 A1 * | 10/2002 | Barreyro et al. | .......... 348/723 |

OTHER PUBLICATIONS

John Taylor, "Zenith Introduces New Product to Advance the Roll–Out of DTV Translators," Apr. 8, 2000, retrieved from http://www.zenith.com.*

KTech Telecommunications, Inc 8–VSB Remodulator Application Note, Apr. 1999, pp. 1–4, available via http://archive.org.*
KTech Telecommunications, Inc 8–VSB Remodulator Model No.: VSB–REMOD–100, Oct. 1999, pp. 1–2, available via http://archive.org.*
KTech Telecommunications, Inc 8–VSB Remodulator Product Description, Mar. 2000, pp. 1–2, available via http://archive.org.*
KTech Telecommunications, Inc Homepage, Apr. 1999, p. 1, available via http://archive.org.*
WayBackMachine search result for ktechtelecom.com, searched for on Jun. 23, 2003, available at http://archive.org.*

(List continued on next page.)

*Primary Examiner*—John Miller
*Assistant Examiner*—Nathan A Sloan
(74) *Attorney, Agent, or Firm*—Morgan, Lewis & Bockius LLP

(57) **ABSTRACT**

A digital television translator includes a digital television receiver for receiving a first digital television signal at a first frequency and generating a digital transport stream from the first digital television signal. The digital transport stream can include original Program and System Information (PSIP) data having RX channel data that is indicative of the first frequency, the first major channel number, and/or the first minor channel number. The digital television translator also includes a PSIP update module for updating the original PSIP data in the digital transport stream by replacing the RX channel data with TX channel data. The TX data is indicative of a second frequency, a second major channel number, and/or a second minor channel number. The digital television translator further includes a digital television modulator for converting the digital transport stream having the updated PSIP data into a second digital television signal at the second frequency, where the second frequency can be the same or different from the first frequency.

**58 Claims, 4 Drawing Sheets**

**12**



**US 6,785,903 B1**

Page 2

OTHER PUBLICATIONS

Guide to the Use of the ATSC Digital Television Standard, Doc. A/54, Oct. 4, 1995, Table of Contents and pp. 1–136. ATSC Digital Television Standard, Doc. A/53, Apr. 12, 1995 and Sep. 16, 1995, Table of Contents and pp. 1–64.

Program and System Information Protocol for Terrestrial Broadcast and Cable, Doc. A/65, Dec. 23, 1997, Table of Contents and pp. 1–93.
ATSC VSB Translator Datasheet (Undated).

* cited by examiner

**U.S. Patent**     Aug. 31, 2004     Sheet 1 of 4     **US 6,785,903 B1**

**Prior Art**

1



**Fig. 1**

**U.S. Patent**　　　Aug. 31, 2004　　　Sheet 2 of 4　　　US 6,785,903 B1



**Fig. 2**



**Fig. 3**



**Fig. 4**



**Fig. 5**



Fig. 6

US 6,785,903 B1

1

# DIGITAL TELEVISION TRANSLATOR WITH PSIP UPDATE

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

The present invention relates to a digital television translator. More particularly, the present invention relates to a digital television translator that updates the program and system information protocol (PSIP) table with transmit (TX) channel data.

### 2. Discussion of the Related Art

Digital television (DTV) broadcasting systems are relatively new in the United States and offer many alternatives to traditional information and program distribution. In addition to traditional television programming, DTV systems offer the ability to distribute additional content in the form of data. This data can be any type of data including, for example, Internet data broadcast to one or more end users. Therefore, DTV broadcast systems offer great flexibility and diversity in the types of information they distribute. Like most conventional broadcast systems, DTV broadcast systems have a finite capacity limited by the bandwidth of its channels.

Additionally, as with other broadcast systems, such as analog television systems, the received DTV signal quality can vary greatly depending upon where the receiver is located. This problem is due to a number of adverse propagation effects such as multipath, interference, and simple attenuation. One solution to this problem is to use multiple low power repeaters (On-Channel boosters) and/or translators (Re-modulators) to improve reception in areas of poor DTV signal reception. For example, a repeater, placed in an area of poor signal reception, receives a transmitted signal from a high power DTV transmitter and re-transmits an amplified duplicate signal at the same frequency. Translators, on the other hand, can receive a transmitted signal from a high power DTV transmitter and re-transmit the signal at a frequency different than the received frequency. Repeaters and translators are also used to extend the coverage of a broadcast system incrementally and economically, to specific geographical regions.

FIG. 1 shows an example of a conventional DTV translator 1. The conventional DTV translator includes a down converter 2, a first local oscillator 3, an up converter 4, and a second local oscillator 5. A received DTV signal (RX RF input) is down converted to IF (intermediate frequency) by down converter 2. The IF is determined by the difference between the frequency LO1 generated by the first local oscillator 3 and the RF frequency of the received DTV signal (RX RF Input). The IF signal is then up converted to RF by up converter 4. The frequency of the up converted RF DTV signal (TX RF Output) is determined by the sum of the frequency LO2 generated by the second local oscillator 5 and the IF. The up converted DTV signal (TX RF Output) is then amplified and transmitted. With this arrangement, the transmitted signal contains the same information as the received signal, but is amplified. Further, when LO1=LO2, the transmit frequency is the same as the received frequency, and the apparatus operates as an on-channel booster. Alternatively, when LO1≠LO2, the transmit frequency is different than the received frequency, and the apparatus operates as a translator.

In the DTV American Television Systems Committee (ASTC) standard, a DTV signal contains a Program and System Information Protocol (PSIP) table, which is a col-

2

lection of hierarchically arranged sub-tables for describing system information and program guide data. One of sub-tables in the PSIP table is the Virtual Channel Table (VCT), which contains a list of attributes for virtual channels carried in the digital transport stream (baseband information). VCT fields "major channel number" and "minor channel number" are used for identification. The major channel number is used to group all channels that are to be identified as belonging to a particular broadcast corporation (or a particular identifying number such as channel "12"). The minor channel number specifies a particular channel within the group. The VCT also contains a "carrier frequency" field, which is used to identify the frequency at which the DTV signal is transmitted and received. As discussed herein, TX and RX channel data include at least one of the following major channel number, minor channel number, carrier frequency, and/or other data necessary for generating a proper DTV signal.

When a RF DTV signal is translated to a new frequency by the conventional DTV translator 1 of FIG. 1, the PSIP table no longer reflects the correct carrier frequency. In many DTV receivers, this discrepancy between the actual frequency of the received DTV signal and the carrier frequency data contained in the PSIP table prevents the receiver from properly receiving the DTV signal.

Also, a particular broadcast corporation may be assigned different major/minor channel numbers in geographical regions serviced by each translator. For example, Broadcast Corporation #1 could be assigned major/minor channel 12/04 in region #1 (served by a main DTV transmitter) and major/minor channel 37/04 in region #2 (served by a translator translating the main DTV transmitted signal). The conventional translator of FIG. 1 therefore generates a translated DTV signal that contains an incorrect channel number for transmission into region #2.

Moreover, in region #2, major minor/channel 12/04 may have already been assigned to Broadcast Corporation #2. In that case, a single DTV receiver in region #2 will receive two unique channels (Broadcast Corporation #1 and Broadcast Corporation #2) each having the same major/minor channel number in each of their PSIP tables. While some DTV receivers overcome these anomalies by allowing users to select whether to ignore PSIP data or to display the VCT information, other DTV receivers do not have this capability and are unable to properly tune to the program(s) of one or both of the two Broadcast Corporations.

## SUMMARY OF THE INVENTION

Accordingly, the present invention relates to a digital television translator, and more particularly to a digital television translator that updates the PSIP table with proper channel and carrier frequency information. To achieve these and other advantages and in accordance with the purpose of the present invention, as embodied and broadly described, there is provided a digital television translator, comprising a digital television receiver for receiving a first digital television signal and generating a digital transport stream from the first digital television signal, the digital transport stream including original PSIP data having RX channel data; a PSIP update module for updating the original PSIP data in the digital transport stream by replacing the RX channel data with TX channel data; and a digital television modulator for converting the digital transport stream having the updated PSIP data into a second digital television signal.

In another aspect of the instant invention, there is provided an information distribution network using digital

US 6,785,903 B1

3

television transmission, the information distribution network comprising a plurality of digital television transmission nodes including a main digital television signal source for generating a main digital television signal; and a plurality of digital television translators receiving a digital television signal from one of the plurality of digital television nodes, at least one of said plurality of digital television translators including a digital television receiver for receiving the digital television signal from one of the plurality of digital television nodes and generating a digital transport stream from the received digital television signal, the digital transport stream including original ancillary data and original PSIP data having RX data, a data update module for updating the original PSIP data in the digital transport stream by replacing the RX channel data with TX channel data and for replacing the original ancillary data in the digital transport stream with new ancillary data, and a digital television modulator for converting the digital transport stream having the new ancillary data and the updated PSIP data into a transmitted digital television signal, wherein at least two of the plurality of digital television transmission nodes transmit at the same frequency and the total ancillary data of the information distribution network includes the new ancillary data from multiple digital television translators of the plurality of digital television translators.

Additional features and advantages of the present invention will be set forth in the description that follows, and in part will be apparent from the description, or may be learned by practice of the invention. The objectives and other advantages of the invention will be realized and attained by the structure particularly pointed out in the written description and claims hereof as well as the appended drawings.

It is to be understood that both the foregoing general description and the following detailed description are exemplary and explanatory and are intended to provide further explanation of the invention as claimed.

BRIEF DESCRIPTION OF THE ATTACHED DRAWINGS

The accompanying drawings, which are included to provide a further understanding of the invention and are incorporated in and constitute a part of this specification, illustrate embodiments of the invention that together with the description serve to explain the principles of the invention.

In the drawings:

FIG. 1 shows an example of a conventional DTV translator;

FIG. 2 shows a first embodiment of a DTV translator of the present invention having PSIP table update capability;

FIG. 3 shows an example of a PSIP update module;

FIG. 4 shows a second embodiment of a DTV translator of the present invention having both PSIP table update capability and a re-multiplexor;

FIG. 5 shows an example of the re-multiplexor; and

FIG. 6 shows an example of an information distribution network of the present invention using multiple translators.

DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

Reference will now be made in detail to the preferred embodiments of the present invention, examples of which are illustrated in the accompanying drawings.

To overcome the problems associated with the prior art, i.e., tuning problems with some DTV receivers due to

4

incorrect PSIP table information, the PSIP table information is updated by the translator to properly reflect the new transmit carrier frequency and channel number.

FIG. 2 shows a first embodiment of a DTV translator 10 of the present invention having PSIP table update capability. The DTV translator 10 includes an 8-VSB receiver 11, a PSIP update module 12, an 8-VSB modulator 13, an RF power amplifier 14, and a transmitting antenna 15. The receiver 11 receives an 8-VSB DTV signal (RFi) that may have been originally transmitted by a base station or another translator, over the air or by a cable. The receiver 11 processes the DTV signal according to ASTC DTV standards to produce a digital transport stream (TS) containing MPEG2 video data, audio data, ancillary data, and PSIP data. The PSIP data in the digital transport stream includes a major channel number, a minor channel number, and a carrier frequency, which together make up the RX channel data. As shown, the receiver 11 is controlled by an input (RX Channel Select) which informs the receiver 11 of which carrier frequency channel to tune.

The processing of the received DTV signal by the 8-VSB receiver 11 is in accordance with ATSC DTV standards and, accordingly, can include down conversion, digitization, carrier synchronization, symbol clock synchronization, frame and segment synchronization, matched filtering, equalization, bit-demapping, Trellis decoding, convolutional de-interleaving, Reed-Solomon forward error correction (FEC) decoding, and de-randomizing.

The digital transport stream (TS) is then input into PSIP update module 12. The PSIP update module 12 extracts the PSIP table data and updates the RX channel data with TX channel data. Specifically, the major channel number, the minor channel number, and the carrier frequency contained in the PSIP VCT are updated. Updated major and minor channel numbers are those numbers assigned to the broadcaster associated with the transport stream content for the geographical region covered by the DTV translator. Sometimes the original and updated channel numbers will be the same, for example when the translator is being used to fill in a poor reception area of the geographical area covered by the main transmitter. At other times, the original and updated channel numbers will be different, for example, when the translator is being used to extend coverage into a geographical area not covered by the main transmitter. In this instance, the broadcaster may be licensed to broadcast in the translator's geographical area, but at a different channel.

Also, the carrier frequency of the DTV signal transmitted from the translator must be reflected in the PSIP VCT. In most instances, the translator will transmit at a different frequency than it receives, requiring the PSIP VCT to be updated with the new transmitted carrier frequency. In some instances, the carrier frequency of the DTV signal can be transmitted at the same frequency that it is received, such as when the translator system is being used as an on-channel booster. In either instance, the updated PSIP table is then reinserted back into the digital transport stream.

Once the PSIP data is updated, the transport stream containing the updated PSIP data is then input into the 8-VSB modulator 13. 8-VSB modulator 13 processes the digital transport stream according to ATSC DTV standards to produce a DTV signal (Rfo) at the carrier frequency contained in the VCT of the updated PSIP table data. As shown, 8-VSB modulator 13 is controlled by input (TX Channel Select) which informs the 8-VSB modulator 13 at which frequency to transmit the DTV signal. Alternatively, the 8-VSB modulator can detect the carrier frequency infor-

US 6,785,903 B1

5
6

mation from the VCT of the DTV signal and transmit the
DTV signal using the detected carrier frequency.

8-VSB modulator 13 processes the transport stream hav-
ing the updated PSIP data according to ASTC terrestrial
broadcast standards. Accordingly, this processing can
include randomization, Reed-Solomon encoding, convolu-
tional interleaving, symbol mapping, trellis encoding, and
vestigial sideband filtering. After the digitally filtered signal
is converted to an analog signal, the signal is up converted
to a transmit RF signal (RFo) at the transmit frequency
determined by TX channel select. The 8-VSB modulator 13
typically operates at a frequency of 54 MHZ–216 MHZ and
470 MHZ–806 MHZ and has a maximum output power of
approximately 1 milliwatt. A power amplifier 14 and trans-
mitting antenna 15 are usually added to the output of the
8-VSB modulator 13.

FIG. 3 shows an example of PSIP update module 12. The
PSIP update module 12 includes an extractor 16 for extract-
ing the original PSIP data, a PSIP update block 18 for
replacing the major/minor channel number and carrier fre-
quency contained in the PSIP table, and an inserter 17 for
inserting the updated PSIP table data back into the transport
stream. As shown, the PSIP table data is extracted by
extractor 16 and input into the PSIP update block 18. The
PSIP update block 18 replaces the major/minor channel
number and transmit carrier frequency contained in the VCT
(a sub-table of the PSIP table) while retaining the other PSIP
data. The PSIP update block 18 then substitutes an updated
major/minor channel number and transmit carrier frequency
into the VCT. Thereafter, the updated PSIP table data is
re-inserted back into the digital transport stream via inserter
17.

FIG. 4 shows a second embodiment of a DTV translator
20 of the present invention. The second embodiment
includes an 8-VSB receiver 21, a PSIP update module 22, a
re-multiplexor 23, and an 8-VSB modulator 24. Usually an
RF power amplifier 25 and an antenna 26 are coupled to the
8-VSB modulator 24. The structure and operation of the
second embodiment is the same as the structure and opera-
tion of the first embodiment, except that a re-multiplexor 23
is added for introducing new ancillary data into the digital
transport stream.

The digital transport stream containing original ancillary
data and the updated PSIP table data is input into the
re-multiplexor 23. Re-multiplexor 23 substitutes new ancil-
lary data in place of the original ancillary data in the digital
transport stream. The digital transport stream is then sent to
8-VSB modulator 24 and converted into a DTV signal
consistent with the operation as described in the first
embodiment. In this way, each translator can distribute new
ancillary data to user(s) in the translator's transmit range.

FIG. 5 is a block diagram of the re-multiplexor 23, which
comprises a demultiplexor 27 and a multiplexor 28. As
shown, the original ancillary data, video data, audio data,
and updated PSIP table data is contained in the input digital
transport stream, which is demultiplexed into separate bit
streams by de-multiplexor 27. The original ancillary data is
terminated (discarded). The multiplexor 28 then combines
the video data, the audio data, the updated PSIP data, and
new ancillary data back into the output digital transport
stream, which is then input to the 8-VSB modulator 24.

The PSIP update step and the ancillary data insertion step
are not required to take place in any particular order. For
example, since the PSIP data has been separated into its
constituent streams by demultiplexor 27 of re-multiplexor
23, the PSIP table update step could take place in the

re-multiplexor 23 by updating the major/minor channel
number and carrier frequency. The updated PSIP table data
could be reinserted into the digital transport stream by
multiplexor 28. Or, for example, the placement of the PSIP
update module 22 and the multiplexor 23 could be reversed.
Moreover, only a portion of the original ancillary data could
be replaced with new ancillary data thereby allowing other
portions of the ancillary data to be transmitted downstream
by the translator.

The second embodiment allows DTV broadcasting sta-
tions to increase their data broadcasting capacity every time
a DTV translator is added. For example, adding a DTV
translator increases the number of users and increases the
capacity for data transmission through employment of the
new ancillary data, which permits the insertion of data, such
as Internet data. Downstream Internet data can be inserted as
new ancillary data by each translator and distributed to
specific geographic regions and users without the need for
additional bandwidth.

FIG. 6 shows an example of a third embodiment of the
invention wherein an information distribution network 30
uses a plurality of translators to increase the data capacity of
the network. As shown, a plurality of translators, collec-
tively labeled 31a–31d, translate and distribute a DTV signal
in both a star and daisy-chain configuration.

The first translator 31a receives a DTV signal, from a
main digital television source, containing original ancillary
data 0, such as Internet download data at a frequency fo.
Translator 31a inserts ancillary data 1 and discards original
ancillary data 0, and then retransmits the modified DTV
signal having ancillary data 1 at a frequency f1. User 32a
receives ancillary data 1 from translator 31a. A second DTV
translator 31b receives the translated DTV signal from
translator 31a at a frequency of f1, substitutes ancillary data
2 for ancillary data 1, and then retransmits at a frequency f2.
User 32b receives the DTV signal transmitted from trans-
lator 31b along with ancillary data 2. User 32d also receives
ancillary data 1 from translator 31a. A third DTV translator
31c receives the translated DTV signal from translator 31b
at a frequency of f2, substitutes ancillary data 3 for the
ancillary data 2, and retransmits at a frequency f1. User 32c
receives the DTV signal transmitted from translator 31c
along with ancillary data 3. DTV translators 31a, 31b, and
31c are thus configured in a daisy-chain fashion with trans-
lators 31a and 31c being endpoints.

Further, a fourth DTV translator 31d receives the trans-
lated DTV signal from translator 31a at a frequency of f1,
substitutes ancillary data 4 for ancillary data 1, and then
retransmits at a frequency f4. User 32d receives the DTV
signal transmitted from translator 31d along with ancillary
data 4. DTV translators 31a, 31b, and 31d are thereby
configured in a star fashion with DTV translator 31 a
configured as a hub. Moreover, a variety of translator
topologies can be employed to transmit unique ancillary data
to each of a very large number of users, or a group of users,
without requiring an increase in the bandwidth of any single
translator's transport stream or physical RF channel.

Even more efficient use of bandwidth can be achieved by
allowing multiple translators to use the same transmit
frequencies, as does translators 31a and 31c. Translators can
be placed in any number of configurations to increase the
data capacity of the DTV distribution network. Furthermore,
the use of a PSIP update model in each of the translators can
insure proper DTV reception.

Moreover, while the embodiments described herein can
be implemented via current ASTC standards, it is contem-

US 6,785,903 B1

7

plated that other DTV standards or a modified ASTC standard could be readily employed to realize the present invention. Further, while the video data on the digital transport stream can be MPEG2 standard video data, as described herein, the invention contemplates using variations of MPEG2 standard data in the digital transport system.

As the present invention may be embodied in several forms without departing from the spirit or essential characteristics thereof, it should also be understood that the above-described embodiments are not limited by any of the details of the foregoing description, unless otherwise specified, but rather should be construed broadly within its spirit and scope as defined in the appended claims, and therefore all changes and modifications that fall within the meets and bounds of the claims, or equivalence of such meets and bounds are therefore intended to be embraced by the appended claims.

What is claimed is:

1. A digital television translator, comprising:

a digital television receiver for receiving a first digital television signal and generating a digital transport stream from the first digital television signal, the digital transport stream including original PSIP data having RX channel data;

a PSIP update module for updating the original PSIP data in the digital transport stream by replacing the RX channel data with TX channel data; and

a digital television modulator for converting the digital transport stream having the updated PSIP data into a second digital television signal,

wherein the RX channel data is associated with the first digital television signal and includes at least one of a major channel number, a minor channel number, and a carrier frequency, and the TX channel data is associated with the second digital television signal and includes at least one of an updated major channel number, an updated minor channel number, and an updated carrier frequency.

2. The digital television translator according to claim 1, further comprising a re-multiplexor for replacing original ancillary data in the digital transport stream with new ancillary data.

3. The digital television translator according to claim 2, wherein the re-multiplexor comprises:

a de-multiplexor for separating the digital transport stream into video data, audio data, one of the original PSIP data and the updated PSIP data, and the original ancillary data, and

a multiplexor for combining the video data, the audio data, the one of the original PSIP data and the updated PSIP data, and the new ancillary data into the digital transport stream.

4. The digital television translator according to claim 2, wherein the new ancillary data includes Internet data.

5. The digital television translator according to claim 1, wherein the digital television receiver processes the first digital television signal according to the USA terrestrial digital television broadcast standard, defined by the ATSC organization, to generate the digital transport stream, and the digital television modulator processes the digital transport stream according to the USA terrestrial digital television broadcast standard, defined by the ATSC organization, to generate the second digital television signal.

6. The digital television translator according to claim 1, wherein video data in the digital transport stream is MPEG2 video data.

8

7. The digital television translator according to claim 1, wherein video data in the digital transport stream is MPEG2 video data that conforms to the USA terrestrial digital television broadcast standard defined by the ATSC organization.

8. The digital television translator according to claim 1, wherein the first and second digital television signals are 8-VSB ATSC standard digital television signals.

9. The digital television translator according to claim 1, wherein the first and second digital television signals are 16-VSB ATSC standard digital television signals.

10. The digital television translator according to claim 1, wherein the second digital television signal is amplified by an RF power amplifier.

11. The digital television translator according to claim 1, wherein a frequency of the second digital television signal is approximately equal to a frequency of the first digital television signal.

12. The digital television translator according to claim 1, wherein a frequency of the second digital television signal is different from a frequency of the first digital television signal.

13. An information distribution network using digital television transmission, the information distribution network comprising:

a plurality of digital television transmission nodes including

a main digital television signal source for generating a main digital television signal; and

a plurality of digital television translators receiving a digital television signal from one of the plurality of digital television nodes, at least one of said plurality of digital television translators including

a digital television receiver for receiving the digital television signal from one of the plurality of digital television nodes and generating a digital transport stream from the received digital television signal, the digital transport stream including original ancillary data and original PSIP data having RX data,

a data update module for updating the original PSIP data in the digital transport stream by replacing the RX channel data with TX channel data and for replacing the original ancillary data in the digital transport stream with new ancillary data, and

a digital television modulator for converting the digital transport stream having the new ancillary data and the updated PSIP data into a transmitted digital television signal, wherein at least two of the plurality of digital television transmission nodes transmit at the same frequency and the total ancillary data of the information distribution network includes the new ancillary data from multiple digital television translators of the plurality of digital television translators,

wherein the RX channel data is associated with the received digital television signal and includes at least one of a major channel number, a minor channel number, and a carrier frequency, and the TX channel data is associated with the transmitted digital television signal and includes at least one of an updated major channel number, an updated minor channel number, and an updated carrier frequency.

14. The information distribution network according to claim 13, wherein the data update module comprises:

a demultiplexor for separating the digital transport stream into video data, audio data, the updated PSIP data, and the original ancillary data, and

US 6,785,903 B1

9

a multiplexor for combining the video data, the audio data, the updated PSIP data, and the new ancillary data into the digital transport stream.

15. The information distribution network according to claim 13, wherein the new ancillary data includes Internet data.

16. The information distribution network according to claim 13, wherein the digital television receiver processes the received digital television signal according to the USA terrestrial digital television broadcast standard, defined by the ATSC organization, to generate the digital transport stream, and the digital television modulator processes the digital transport stream according to the USA terrestrial digital television broadcast standard, defined by the ATSC organization, to generate the transmitted digital television signal.

17. The information distribution network according to claim 13, wherein the video data in the digital transport stream is MPEG2 data.

18. The information distribution network according to claim 13, wherein the video data in the digital transport stream is MPEG2 video data that conforms to the USA terrestrial digital television broadcast standard defined by the ATCS organization.

19. The information distribution network according to claim 13, wherein the received and transmitted digital television signals are 8-VSB ATSC standard digital television signals.

20. The information distribution network according to claim 13, wherein the received and transmitted digital television signals are 16-VSB ATSC standard digital television signals.

21. The information distribution network according to claim 13, wherein the transmitted digital television signal is amplified by an RF power amplifier.

22. The information distribution network according to claim 13, wherein a frequency of the received digital television signal is approximately equal to a frequency of the transmitted digital television signal.

23. The information distribution network according to claim 13, wherein a frequency of the received digital television signal is different from a frequency of the transmitted digital television signal.

24. A method of translating a digital television signal, comprising the steps of:

receiving a first digital television signal and generating a digital transport stream from the first digital television signal, the digital transport stream including original PSIP data having RX channel data;

updating the original PSIP data in the digital transport stream by replacing the RX channel data with TX channel data; and

converting the digital transport stream having the updated PSIP data into a second digital television signal,

wherein the RX channel data is associated with the first digital television signal and includes at least one of a major channel number, a minor channel number, and a carrier frequency, and the TX channel data is associated with the second digital television signal and includes at least one of an updated major channel number, an updated minor channel number, and an updated carrier frequency.

25. The method of translating a digital television signal according to claim 24, further comprising the step of replacing original ancillary data in the digital transport stream with new ancillary data.

26. The method of translating a digital television signal according to claim 24, wherein the step of replacing the original ancillary data further comprising the steps of:

10

separating the digital transport stream into video data, audio data, one of the original PSIP data and the updated PSIP data, and the original ancillary data, and combining the video data, the audio data, the one of the original PSIP data and the updated PSIP data, and the new ancillary data into the digital transport stream.

27. The method of translating a digital television signal according to claim 24, wherein the new ancillary data includes Internet data.

28. The method of translating a digital television signal according to claim 24, wherein the first digital television signal is processed according to the USA terrestrial digital television broadcast standard, defined by the ATSC organization, to generate the digital transport stream, and the digital transport stream is processed according to the USA terrestrial digital television broadcast standard, defined by the ATSC organization, to generate the second digital television signal.

29. The method of translating a digital television signal according to claim 24, wherein video data in the digital transport stream is MPEG2 video data.

30. The digital television translator according to claim 24, wherein video data in the digital transport stream is MPEG2 video data that conforms to the USA terrestrial digital television broadcast standard defined by the ATSC organization.

31. The method of translating a digital television signal according to claim 24, wherein the first and second digital television signals are 8-VSB ATSC standard digital television signals.

32. The method of translating a digital television signal according to claim 24, wherein the first and second digital television signals are 16-VSB ATSC standard digital television signals.

33. The method of translating a digital television signal according to claim 24, wherein the second digital television signal is amplified by an RF power amplifier.

34. The method of translating a digital television signal according to claim 24, wherein a frequency of the first digital television signal is approximately equal to a frequency of the second digital television signal.

35. The method of translating a digital television signal according to claim 24, wherein a frequency of the first digital television signal is different from a frequency of the second digital television signal.

36. An information distribution method using digital television transmission and increasing data capacity through frequency re-use, comprising the steps of:

generating a plurality of digital television signals each from one of a plurality of digital television transmission nodes, further comprising the steps of

generating a main digital television signal by one of the plurality of digital television transmission nodes; and

generating a plurality of translated digital television signals by the plurality of digital television transmission nodes, the generation of at least one of the plurality of translated digital television signals further comprising the steps of

receiving a digital television signal from at least one of the digital television transmission nodes and

generating a digital transport stream from the received digital television signal, the digital transport stream including original ancillary data and original PSIP data having RX channel data,

updating the original PSIP data in the digital transport stream by replacing the RX channel data with TX channel data,

US 6,785,903 B1

11

replacing the original ancillary data in the digital transport stream with new ancillary data, and

converting the digital transport stream having the new ancillary data and the updated PSIP data into a transmitted digital television signal, wherein at least two of the plurality of translated digital television signals are transmitted at a same frequency and the total ancillary data of the information distribution network includes new ancillary data from multiple digital television translators of the plurality of digital television translators,

wherein the RX channel data is associated with the received digital television signal and includes at least one of a major channel number, a minor channel number, and a carrier frequency, and the TX channel data is associated with a transmitted digital television signal and includes at least one of an updated major channel number, an updated minor channel number, and an updated carrier frequency.

37. The information distribution method according to claim 36, wherein replacing the original ancillary data further comprises the steps of:

separating the digital transport stream into video data, audio data, one of the original PSIP data and the updated PSIP data, and the original ancillary data, and

combining the video data, the audio data, the one of the original PSIP data and the updated PSIP data, and the new ancillary data into the digital transport stream.

38. The information distribution method according to claim 36, wherein the new ancillary data includes Internet data.

39. The information distribution method according to claim 36, wherein the received digital television signal is processed according to the USA terrestrial digital television broadcast standard, defined by the ATSC organization, to generate the digital transport stream, and the digital transport stream is processed according to the USA terrestrial digital television broadcast standard, defined by the ATSC organization, to generate the transmitted digital television signal.

40. The information distribution method according to claim 36, wherein video data in the digital transport stream is MPEG2 data.

41. The information distribution method according to claim 36, wherein video data in the digital transport stream is MPEG2 video data that conforms to the USA terrestrial digital television broadcast standard defined by the ATCS organization.

42. The information distribution method according to claim 36, wherein the received and transmitted digital television signals are 8-VSB ATSC standard digital television signals.

43. The information distribution method according to claim 36, wherein the received and transmitted digital television signals are 16-VSB ATSC standard digital television signals.

44. The information distribution method according to claim 36, wherein the transmitted digital television signal is amplified by an RF power amplifier.

12

45. The information distribution method according to claim 36, wherein a frequency of the transmitted digital television signal is approximately equal to a frequency of the received digital television signal.

46. The information distribution method according to claim 36, wherein a frequency of the transmitted digital television signal is different from a frequency of the received digital television signal.

47. The digital television translator according to claim 1, wherein the RX channel data includes a major channel number and the TX channel data includes an updated major channel number.

48. The digital television translator according to claim 1, wherein the RX channel data includes a minor channel number and the TX channel data includes an updated minor channel number.

49. The digital television translator according to claim 1, wherein the RX channel data includes a carrier frequency and the TX channel data includes an updated carrier frequency.

50. The digital television translator according to claim 13, wherein the RX channel data includes a major channel number and the TX channel data includes an updated major channel number.

51. The digital television translator according to claim 13, wherein the RX channel data includes a minor channel number and the TX channel data includes an updated minor channel number.

52. The digital television translator according to claim 13, wherein the RX channel data includes a carrier frequency and the TX channel data includes an updated carrier frequency.

53. The digital television translator according to claim 24, wherein the RX channel data includes a major channel number and the TX channel data includes an updated major channel number.

54. The digital television translator according to claim 24, wherein the RX channel data includes a minor channel number and the TX channel data includes an updated minor channel number.

55. The digital television translator according to claim 24, wherein the RX channel data includes a carrier frequency and the TX channel data includes an updated carrier frequency.

56. The digital television translator according to claim 36, wherein the RX channel data includes a major channel number and the TX channel data includes an updated major channel number.

57. The digital television translator according to claim 36, wherein the RX channel data includes a minor channel number and the TX channel data includes an updated minor channel number.

58. The digital television translator according to claim 36, wherein the RX channel data includes a carrier frequency and the TX channel data includes an updated carrier frequency.

* * * * *

# EXHIBIT D

US007984469B2

(12) **United States Patent**
Kuh

(10) **Patent No.:** **US 7,984,469 B2**
(45) **Date of Patent:** **Jul. 19, 2011**

(54) **DIGITAL TELEVISION TRANSLATOR WITH PSIP UPDATE**

(75) Inventor: **Steve Kuh**, Northridge, CA (US)

(73) Assignee: **K Tech Telecommunications, Inc.**, Chatsworth, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **12/777,108**

(22) Filed: **May 10, 2010**

(65) **Prior Publication Data**

US 2010/0218212 A1     Aug. 26, 2010

**Related U.S. Application Data**

(63) Continuation of application No. 12/314,078, filed on Dec. 3, 2008, now Pat. No. 7,761,893, which is a continuation of application No. 10/890,210, filed on Jul. 14, 2004, now Pat. No. 7,487,533, which is a continuation of application No. 09/545,613, filed on Apr. 5, 2000, now Pat. No. 6,785,903.

(51) Int. Cl.
*H04N 5/445*     (2006.01)
*H04N 7/16*     (2006.01)
*G06F 13/00*     (2006.01)
*G06F 3/00*     (2006.01)

(52) U.S. Cl. ............................. 725/50; 725/115; 725/116

(58) Field of Classification Search .................... 725/50, 725/114–118
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,694,419 A | 12/1997 | Lawrence et al. | |
| 5,774,193 A | 6/1998 | Vaughan | |
| 5,852,612 A | 12/1998 | Kostreski et al. | |
| 5,884,181 A | 3/1999 | Arnold et al. | |
| 5,978,650 A | 11/1999 | Fischer et al. | |
| 6,233,255 B1 | 5/2001 | Kato et al. | |
| 6,249,320 B1 | 6/2001 | Schneidewend et al. | |
| 6,313,886 B1 | 11/2001 | Sugiyama | |
| 6,400,415 B1 | 6/2002 | Danielsons | |
| 6,414,720 B1 | 7/2002 | Tsukidate et al. | |
| 6,661,472 B2 * | 12/2003 | Shintani et al. | 348/732 |
| 6,971,119 B1 | 11/2005 | Arsenault et al. | |
| 6,973,663 B1 | 12/2005 | Brown et al. | |

(Continued)

OTHER PUBLICATIONS

Guide to the Use of the ATSC Digital Television Standard, Doc. A/54, Oct. 4, 1995, Table of Contents and pp. 1-136.

(Continued)

*Primary Examiner* — Hunter B Lonsberry
(74) *Attorney, Agent, or Firm* — Morgan, Lewis & Bockius LLP

(57) **ABSTRACT**

A digital television translator includes a digital television receiver for receiving a first digital television signal at a first frequency and generating a digital transport stream from the first digital television signal. The digital transport stream can include original Program and System Information (PSIP) data having RX channel data that is indicative of the first frequency, the first major channel number, and/or the first minor channel number. The digital television translator also includes a PSIP update module for updating the original PSIP data in the digital transport stream by replacing the RX channel data with TX channel data. The TX data is indicative of a second frequency, a second major channel number, and/or a second minor channel number. The digital television translator further includes a digital television modulator for converting the digital transport stream having the updated PSIP data into a second digital television signal at the second frequency, where the second frequency can be the same or different from the first frequency.

**21 Claims, 4 Drawing Sheets**

12



US 7,984,469 B2
Page 2

### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 7,254,829 B1 | 8/2007 | Brown et al. |
| 2001/0009556 A1 | 7/2001 | Kato et al. |
| 2002/0145679 A1 | 10/2002 | Barreyro et al. |

### OTHER PUBLICATIONS

ATSC VSB Translator, Product Literature, Zenith Electronics Corporation, obtained at the National Association of Broadcaster's Convention in Las Vegas, held between Apr. 10, 2000 and Apr. 13, 2000.
ATSC Digital Television Standard, Doc. A/53, Apr. 12, 1995 and Sep. 16, 1995, Table of Contents and pp. 1-16.
Program and System Information Protocol for Terrestrial Broadcast and Cable, Doc. A/65, Dec. 23, 1997, Table of Contents and pp. 1-93.
ATSC VSB Translator Datasheet (Undated).
KTech Telecommunications, Inc. 8-VSB Remodulator Application Note, Apr. 1999, pp. 1-4, available via http://archive.org.
KTech Telecommunications, Inc. 8-VSB Remodulator Model No: V SB-REMOD-100, Oct. 1999, pp. 1-2, available via http://archive.org.
KTech Telecommunications, Inc. 8-VSB Remodulator Product Description, Mar. 2000, pp. 1-2, available via http://archive.org.
John Taylor, "Zenith Introduces New Product to Advance the Roll-Out of DTV Translators," Apr. 8, 2000, retrieved from http://www.zenith.com.
KTech Telecommunications, Inc. Homepage, Apr. 1999, p. 1, available via http://archive.org.
WayBack Machine search result for ktechtelecom.com, search for on Jun. 23, 2003, available via http://archive.org.
Society of Cable Telecommunications Engineers. "DOCSIS 3.0 Part 2: MAC and Upper Layer Protocols. Society of Cable Telecommunications Engineers." 2008.
Society of Cable Telecommunications Engineers. "System Information for Satellite Distribution of Digital Television for Cable and MMDS." 2003.
Society of Cable Telecommunications Engineers. "Digital Cable Network Interface Standard." 2004.
Society of Cable Telecommunications Engineers. "Digital Broadband Delivery System: Out of Band Transport Part 2: Mode B" 2008.
DVB Project Office. "2nd Generation Satellite." DVB-S2. DVB Fact Sheet. Sep. 2010.
DVB Project Office. "Digital Terrestrial Television." DVB-T. DVB Fact Sheet. Sep. 2010.
Society of Cable Telecommunications Engineers. "Digital Broadband Delivery System: Out of Band Transport Part 1: Mode A." 2009.
Society of Cable Telecommunications Engineers. "Digital Video Service Multiplex and Transport System Standard for Cable Television." 2009.
Society of Cable Telecommunications Engineers. "Service Information Delivered Out-of-Band for Digital Cable Television." 2008.
Society of Cable Telecommunications Engineers. "Digital Video Systems Characteristics Standard for Cable Television." 2005.
European Telecommunications Standards Institute. "Digital Video Broadcasting (DVB); Framing structure, channel coding and modulation for 11/12 GHz satellite services." 1997-08.
DVB Project Office. "2nd Generation Terrestrial." DVB-T2. DVB Fact Sheet. Sep. 2010.
International Standard. "Information technology-Generic coding of moving pictures and associated audio information: Systems." 2000.

* cited by examiner

**Prior Art**

<u>1</u>



**Fig. 1**



**Fig. 2**



**Fig. 3**



**Fig. 4**



**Fig. 5**



Fig. 6

US 7,984,469 B2

1

# DIGITAL TELEVISION TRANSLATOR WITH PSIP UPDATE

This application is a Continuation application of U.S. patent application Ser. No. 12/314,078 now U.S. Pat. No. 7,761,893, filed on Dec. 3, 2008, which is a Continuation application of U.S. patent application Ser. No. 10/890,210, filed on Jul. 14, 2004, now U.S. Pat. No. 7,487,533, which is a Continuation application of U.S. patent application Ser. No. 09/545,613, filed on Apr. 5, 2000, now U.S. Pat. No. 6,785, 903. The prior applications are incorporated by reference in their entirety.

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

The present invention relates to a digital television translator. More particularly, the present invention relates to a digital television translator that updates the program and system information protocol (PSIP) table with transmit (TX) channel data.

### 2. Discussion of the Related Art

Digital television (DTV) broadcasting systems are relatively new in the United States and offer many alternatives to traditional information and program distribution. In addition to traditional television programming, DTV systems offer the ability to distribute additional content in the form of data. This data can be any type of data including, for example, Internet data broadcast to one or more end users. Therefore, DTV broadcast systems offer great flexibility and diversity in the types of information they distribute. Like most conventional broadcast systems, DTV broadcast systems have a finite capacity limited by the bandwidth of its channels.

Additionally, as with other broadcast systems, such as analog television systems, the received DTV signal quality can vary greatly depending upon where the receiver is located. This problem is due to a number of adverse propagation effects such as multi-path, interference, and simple attenuation. One solution to this problem is to use multiple low power repeaters (On-Channel boosters) and/or translators (Re-modulators) to improve reception in areas of poor DTV signal reception. For example, a repeater, placed in an area of poor signal reception, receives a transmitted signal from a high power DTV transmitter and re-transmits an amplified duplicate signal at the same frequency. Translators, on the other hand, can receive a transmitted signal from a high power DTV transmitter and re-transmit the signal at a frequency different than the received frequency. Repeaters and translators are also used to extend the coverage of a broadcast system incrementally, and economically, to specific geographical regions.

FIG. 1 shows an example of a conventional DTV translator 1. The conventional DTV translator includes a down converter 2, a first local oscillator 3, an up converter 4, and a second local oscillator 5. A received DTV signal (RX RF input) is down converted to IF (intermediate frequency) by down converter 2. The IF is determined by the difference between the frequency LO1 generated by the first local oscillator 3 and the RF frequency of the received DTV signal (RX RF Input). The IF signal is then up converted to RF by up converter 4. The frequency of the up converted RF DTV signal (TX RF Output) is determined by the sum of the frequency LO2 generated by the second local oscillator 5 and the IF. The up converted DTV signal (TX RF Output) is then amplified and transmitted. With this arrangement, the transmitted signal contains the same information as the received signal, but is amplified. Further, when LO1=LO2, the transmit frequency is the same as the received frequency, and the

2

apparatus operates as an on-channel booster. Alternatively, when LO1.noteq.LO2, the transmit frequency is different than the received frequency, and the apparatus operates as a translator.

In the DTV American Television Systems Committee (ASTC) standard, a DTV signal contains a Program and System Information Protocol (PSIP) table, which is a collection of hierarchically arranged sub-tables for describing system information and program guide data. One of sub-tables in the PSIP table is the Virtual Channel Table (VCT), which contains a list of attributes for virtual channels carried in the digital transport stream (baseband information). VCT fields "major channel number" and "minor channel number" are used for identification. The major channel number is used to group all channels that are to be identified as belonging to a particular broadcast corporation (or a particular identifying number such as channel "12"). The minor channel number specifies a particular channel within the group. The VCT also contains a "carrier frequency" field, which is used to identify the frequency at which the DTV signal is transmitted and received. As discussed herein, TX and RX channel data include at least one of the following major channel number, minor channel number, carrier frequency, and/or other data necessary for generating a proper DTV signal.

When a RF DTV signal is translated to a new frequency by the conventional DTV translator 1 of FIG. 1, the PSIP table no longer reflects the correct carrier frequency. In many DTV receivers, this discrepancy between the actual frequency of the received DTV signal and the carrier frequency data contained in the PSIP table prevents the receiver from properly receiving the DTV signal.

Also, a particular broadcast corporation may be assigned different major/minor channel numbers in geographical regions serviced by each translator. For example, Broadcast Corporation #1 could be assigned major/minor channel 12/04 in region #1 (served by a main DTV transmitter) and major/ minor channel 37/04 in region #2 (served by a translator translating the main DTV transmitted signal). The conventional translator of FIG. 1 therefore generates a translated DTV signal that contains an incorrect channel number for transmission into region #2.

Moreover, in region #2, major minor/channel 12/04 may have already been assigned to Broadcast Corporation #2. In that case, a single DTV receiver in region #2 will receive two unique channels (Broadcast Corporation #1 and Broadcast Corporation #2) each having the same major/minor channel number in each of their PSIP tables. While some DTV receivers overcome these anomalies by allowing users to select whether to ignore PSIP data or to display the VCT information, other DTV receivers do not have this capability and are unable to properly tune to the program(s) of one or both of the two Broadcast Corporations.

## SUMMARY OF THE INVENTION

Accordingly, the present invention relates to a digital television translator, and more particularly to a digital television translator that updates the PSIP table with proper channel and carrier frequency information. To achieve these and other advantages and in accordance with the purpose of the present invention, as embodied and broadly described, there is provided a digital television translator, comprising a digital television receiver for receiving a first digital television signal and generating a digital transport stream from the first digital television signal, the digital transport stream including original PSIP data having RX channel data; a PSIP update module for updating the original PSIP data in the digital transport

US 7,984,469 B2

3

stream by replacing the RX channel data with TX channel data; and a digital television modulator for converting the digital transport stream having the updated PSIP data into a second digital television signal.

In another aspect of the instant invention, there is provided an information distribution network using digital television transmission, the information distribution network comprising a plurality of digital television transmission nodes including a main digital television signal source for generating a main digital television signal; and a plurality of digital television translators receiving a digital television signal from one of the plurality of digital television nodes, at least one of said plurality of digital television translators including a digital television receiver for receiving the digital television signal from one of the plurality of digital television nodes and generating a digital transport stream from the received digital television signal, the digital transport stream including original ancillary data and original PSIP data having RX channel data, a data update module for updating the original PSIP data in the digital transport stream by replacing the RX channel data with TX channel data and for replacing the original ancillary data in the digital transport stream with new ancillary data, and a digital television modulator for converting the digital transport stream having the new ancillary data and the updated PSIP data into a transmitted digital television signal, wherein at least two of the plurality of digital television transmission nodes transmit at the same frequency and the total ancillary data of the information distribution network includes the new ancillary data from multiple digital television translators of the plurality of digital television translators.

Additional features and advantages of the present invention will be set forth in the description that follows, and in part will be apparent from the description, or may be learned by practice of the invention. The objectives and other advantages of the invention will be realized and attained by the structure particularly pointed out in the written description and claims hereof as well as the appended drawings.

It is to be understood that both the foregoing general description and the following detailed description are exemplary and explanatory and are intended to provide further explanation of the invention as claimed.

BRIEF DESCRIPTION OF THE ATTACHED DRAWINGS

The accompanying drawings, which are included to provide a further understanding of the invention and are incorporated in and constitute a part of this specification, illustrate embodiments of the invention that together with the description serve to explain the principles of the invention.

In the drawings:

FIG. 1 shows an example of a conventional DTV translator;

FIG. 2 shows a first embodiment of a DTV translator of the present invention having PSIP table update capability;

FIG. 3 shows an example of a PSIP update module;

FIG. 4 shows a second embodiment of a DTV translator of the present invention having both PSIP table update capability and a re-multiplexor;

FIG. 5 shows an example of the re-multiplexor; and

FIG. 6 shows an example of an information distribution network of the present invention using multiple translators.

DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

Reference will now be made in detail to the preferred embodiments of the present invention, examples of which are illustrated in the accompanying drawings.

4

To overcome the problems associated with the prior art, i.e., tuning problems with some DTV receivers due to incorrect PSIP table information, the PSIP table information is updated by the translator to properly reflect the new transmit carrier frequency and channel number.

FIG. 2 shows a first embodiment of a DTV translator 10 of the present invention having PSIP table update capability. The DTV translator 10 includes an 8-VSB receiver 11, a PSIP update module 12, an 8-VSB modulator 13, an RF power amplifier 14, and a transmitting antenna 15. The receiver 11 receives an 8-VSB DTV signal (RFi) that may be been originally transmitted by a base station or another translator, over the air or by a cable. The receiver 11 processes the DTV signal according to ASTC DTV standards to produce a digital transport stream (TS) containing MPEG2 video data, audio data, ancillary data, and PSIP data. The PSIP data in the digital transport stream includes a major channel number, a minor channel number, and a carrier frequency, which together make up the RX channel data. As shown, the receiver 11 is controlled by an input (RX Channel Select) which informs the receiver 11 of which carrier frequency channel to tune.

The processing of the received DTV signal by the 8-VSB receiver 11 is in accordance with ATSC DTV standards and, accordingly, can include down conversion, digitization, carrier synchronization, symbol clock synchronization, frame and segment synchronization, matched filtering, equalization, bit-demapping, Trellis decoding, convolutional de-interleaving, Reed-Solomon forward error correction (FEC) decoding, and de-randomizing.

The digital transport stream (TS) is then input into PSIP update module 12. The PSIP update module 12 extracts the PSIP table data and updates the RX channel data with TX channel data. Specifically, the major channel number, the minor channel number, and the carrier frequency contained in the PSIP VCT are updated. Updated major and minor channel numbers are those numbers assigned to the broadcaster associated with the transport stream content for the geographical region covered by the DTV translator. Sometimes the original and updated channel numbers will be the same, for example when the translator is being used to fill in a poor reception area of the geographical area covered by the main transmitter. At other times, the original and updated channel numbers will be different, for example, when the translator is being used to extend coverage into a geographical area not covered by the main transmitter. In this instance, the broadcaster may be licensed to broadcast in the translator's geographical area, but at a different channel.

Also, the carrier frequency of the DTV signal transmitted from the translator must be reflected in the PSIP VCT. In most instances, the translator will transmit at a different frequency than it receives, requiring the PSIP VCT to be updated with the new transmitted carrier frequency. In some instances, the carrier frequency of the DTV signal can be transmitted at the same frequency that it is received, such as when the translator system is being used as an on-channel booster. In either instance, the updated PSIP table is then reinserted back into the digital transport stream.

Once the PSIP data is updated, the transport stream containing the updated PSIP data is then input into the 8-VSB modulator 13. 8-VSB modulator 13 processes the digital transport stream according to ATSC DTV standards to produce a DTV signal (Rfo) at the carrier frequency contained in the VCT of the updated PSIP table data. As shown, 8-VSB modulator 13 is controlled by input (TX Channel Select) which informs the 8-VSB modulator 13 at which frequency to transmit the DTV signal. Alternatively, the 8-VSB modulator

US 7,984,469 B2

5

6

can detect the carrier frequency information from the VCT of the DTV signal and transmit the DTV signal using the detected carrier frequency.

8-VSB modulator 13 processes the transport stream having the updated PSIP data according to ASTC terrestrial broadcast standards. Accordingly, this processing can include randomization, Reed-Solomon encoding, convolutional interleaving, symbol mapping, trellis encoding, and vestigial sideband filtering. After the digitally filtered signal is converted to an analog signal, the signal is up converted to a transmit RF signal (RFo) at the transmit frequency determined by TX channel select. The 8-VSB modulator 13 typically operates at a frequency of 54 MHZ-216 MHZ and 470 MHZ-806 MHZ and has a maximum output power of approximately 1 milliwatt. A power amplifier 14 and transmitting antenna 15 are usually added to the output of the 8-VSB modulator 13.

FIG. 3 shows an example of PSIP update module 12. The PSIP update module 12 includes an extractor 16 for extracting the original PSIP data, a PSIP update block 18 for replacing the major/minor channel number and carrier frequency contained in the PSIP table, and an inserter 17 for inserting the updated PSIP table data back into the transport stream. As shown, the PSIP table data is extracted by extractor 16 and input into the PSIP update block 18. The PSIP update block 18 replaces the major/minor channel number and transmit carrier frequency contained in the VCT (a sub-table of the PSIP table) while retaining the other PSIP data. The PSIP update block 18 then substitutes an updated major/minor channel number and transmit carrier frequency into the VCT. Thereafter, the updated PSIP table data is re-inserted back into the digital transport stream via inserter 17.

FIG. 4 shows a second embodiment of a DTV translator 20 of the present invention. The second embodiment includes an 8-VSB receiver 21, a PSIP update module 22, a re-multiplexor 23, and an 8-VSB modulator 24. Usually an RF power amplifier 25 and an antenna 26 are coupled to the 8-VSB modulator 24. The structure and operation of the second embodiment is the same as the structure and operation of the first embodiment, except that a re-multiplexor 23 is added for introducing new ancillary data into the digital transport stream.

The digital transport stream containing original ancillary data and the updated PSIP table data is input into the re-multiplexor 23. Re-multiplexor 23 substitutes new ancillary data in place of the original ancillary data in the digital transport stream. The digital transport stream is then sent to 8-VSB modulator 24 and converted into a DTV signal consistent with the operation as described in the first embodiment. In this way, each translator can distribute new ancillary data to user(s) in the translator's transmit range.

FIG. 5 is a block diagram of the re-multiplexor 23, which comprises a demultiplexor 27 and a multiplexor 28. As shown, the original ancillary data, video data, audio data, and updated PSIP table data is contained in the input digital transport stream, which is demultiplexed into separate bit streams by de-multiplexor 27. The original ancillary data is terminated (discarded). The multiplexor 28 then combines the video data, the audio data, the updated PSIP data, and new ancillary data back into the output digital transport stream, which is then input to the 8-VSB modulator 24.

The PSIP update step and the ancillary data insertion step are not required to take place in any particular order. For example, since the PSIP data has been separated into its constituent streams by demultiplexor 27 of re-multiplexor 23, the PSIP table update step could take place in the re-multiplexor 23 by updating the major/minor channel number and

carrier frequency. The updated PSIP table data could be reinserted into the digital transport stream by multiplexor 28. Or, for example, the placement of the PSIP update module 22 and the multiplexor 23 could be reversed. Moreover, only a portion of the original ancillary data could be replaced with new ancillary data thereby allowing other portions of the ancillary data to be transmitted downstream by the translator.

The second embodiment allows DTV broadcasting stations to increase their data broadcasting capacity every time a DTV translator is added. For example, adding a DTV translator increases the number of users and increases the capacity for data transmission through employment of the new ancillary data, which permits the insertion of data, such as Internet data. Downstream Internet data can be inserted as new ancillary data by each translator and distributed to specific geographic regions and users without the need for additional bandwidth.

FIG. 6 shows an example of a third embodiment of the invention wherein an information distribution network 30 uses a plurality of translators to increase the data capacity of the network. As shown, a plurality of translators, collectively labeled 31a-31 d, translate and distribute a DTV signal in both a star and daisy-chain configuration.

The first translator 31a receives a DTV signal, from a main digital television source, containing original ancillary data 0, such as Internet download data at a frequency fo. Translator 31a inserts ancillary data 1 and discards original ancillary data 0, and then retransmits the modified DTV signal having ancillary data 1 at a frequency f1. User 32a receives ancillary data 1 from translator 31a. A second DTV translator 31b receives the translated DTV signal from translator 31a at a frequency of f1, substitutes ancillary data 2 for ancillary data 1, and then retransmits at a frequency f2. User 32b receives the DTV signal transmitted from translator 31b along with ancillary data 2. User 32d also receives ancillary data 1 from translator 31a. A third DTV translator 31c receives the translated DTV signal from translator 31b at a frequency of f2, substitutes ancillary data 3 for the ancillary data 2, and retransmits at a frequency f1. User 32c receives the DTV signal transmitted from translator 32c along with ancillary data 3. DTV translators 31a, 31b, and 31c are thus configured in a daisy-chain fashion with translators 31a and 31c being endpoints.

Further, a fourth DTV translator 31d receives the translated DTV signal from translator 31a at a frequency of f1, substitutes ancillary data 4 for ancillary data 1, and then retransmits at a frequency f4. User 32d receives the DTV signal transmitted from translator 31d along with ancillary data 4. DTV translators 31a, 31b, and 31d are thereby configured in a star fashion with DTV translator 31a configured as a hub. Moreover, a variety of translator topologies can be employed to transmit unique ancillary data to each of a very large number of users, or a group of users, without requiring an increase in the bandwidth of any single translator's transport stream or physical RF channel.

Even more efficient use of bandwidth can be achieved by allowing multiple translators to use the same transmit frequencies, as does translators 31a and 31c. Translators can be placed in any number of configurations to increase the data capacity of the DTV distribution network. Furthermore, the use of a PSIP update model in each of the translators can insure proper DTV reception.

Moreover, while the embodiments described herein can be implemented via current ASTC standards, it is contemplated that other DTV standards or a modified ASTC standard could be readily employed to realize the present invention. Further, while the video data on the digital transport stream can be

US 7,984,469 B2

7

MPEG2 standard video data, as described herein, the invention contemplates using variations of MPEG2 standard data in the digital transport system.

As the present invention may be embodied in several forms without departing from the spirit or essential characteristics thereof, it should also be understood that the above-described embodiments are not limited by any of the details of the foregoing description, unless otherwise specified, but rather should be construed broadly within its spirit and scope as defined in the appended claims, and therefore all changes and modifications that fall within the meets and bounds of the claims, or equivalence of such meets and bounds are therefore intended to be embraced by the appended claims.

What is claimed is:

1. A method of translating, comprising:
receiving an ATSC digital television signal over the air;
converting the ATSC digital television signal into a first digital transport stream, the first digital transport stream containing video and audio data of a program and a program information table, the program information table having a major channel number and a minor channel number;
generating a new program information table containing a new channel number, the new channel number identifying the program represented by the major channel number and the minor channel number; and
combining the video and audio data with the new program information table.

2. The method of claim 1, wherein combining includes inserting the new program information table into a transport stream containing the video and audio data.

3. The method of claim 1, wherein new ancillary data is combined with the video data, the audio data, and the new program information table.

4. The method of claim 3, wherein a portion of original ancillary data present in the first digital transport stream is combined with the video data, the audio data, and the new program information table.

5. A method of translating, comprising:
receiving an ATSC digital television signal over cable;
converting the ATSC digital television signal into a first digital transport stream, the first digital transport stream containing video and audio data of a program and a program information table, the program information table having a major channel number and a minor channel number;
generating a new program information table containing a new channel number, the new channel number identifying the program represented by the major channel number and the minor channel number; and
combining the video and audio data with the new program information table.

6. The method of claim 5, wherein the combining includes inserting the new program information table into a transport stream containing the video and audio data.

7. The method of claim 5, wherein new ancillary data is combined with the video data, the audio data, and the new program information table.

8. The method of claim 7, wherein a portion of original ancillary data present in the first digital transport stream is combined with the video data, the audio data, and the new program information table.

9. A method of translating, comprising:
receiving an ATSC digital television signal over the air;
converting the ATSC digital television signal into a first digital transport stream, the first digital transport stream containing video and audio data of a program and a

8

program information table, the program information table having a major channel number and a minor channel number;
generating a new program information table containing a new channel number, the new channel number identifying the program represented by the major channel number and the minor channel number; and
multiplexing the new program information table, the video, and the audio data.

10. The method of claim 9, further comprising multiplexing new ancillary data with the new program information table, the video, and the audio data.

11. The method of claim 10, further comprising multiplexing a portion of original ancillary data present in the first digital transport stream with the new program information table, the video, and the audio data.

12. A method of translating, comprising:
receiving an ATSC digital television signal over cable;
converting the ATSC digital television signal into a first digital transport stream, the first digital transport stream containing video and audio data of a program and a program information table, the program information table having a major channel number and a minor channel number;
generating a new program information table containing a new channel number, the new channel number identifying the program represented by the major channel number and the minor channel number; and
multiplexing the new program information table, the video, and audio data.

13. The method of claim 12, further comprising multiplexing new ancillary data with the new program information table, the video, and the audio data.

14. The method of claim 13, further comprising multiplexing a portion of original ancillary data present in the first digital transport stream with the new program information table, the video, and the audio data.

15. A method of translating, comprising:
selecting a carrier frequency;
receiving an ATSC digital television signal at the selected carrier frequency;
down-converting the received ATSC digital television signal;
digitizing the down-converted ATSC digital television signal;
converting the digitized ATSC digital television signal into a first digital transport stream, the first digital transport stream containing video and audio data of a program and a program information table, the program information table having a major channel number and a minor channel number;
generating a new program information table containing a new channel number, the new channel number identifying the program represented by the major channel number and the minor channel number;
combining the new program information table, the video and audio data; and
transmitting the combined new program information table, video data, and audio data over an antenna.

16. The method of claim 15, wherein the combining includes inserting the new program information table into a transport stream containing the video and audio data.

17. The method of claim 15, wherein ancillary data is combined with the video data, the audio data, and the new program information table.

US 7,984,469 B2

9

10

**18.** The method of claim **17,** wherein a portion of original ancillary data present n the first digital transport stream is combined with the new program information table, the video and audio data.

**19.** A method of translating, comprising:

selecting a carrier frequency;

receiving an ATSC digital television signal at the selected carrier frequency;

down-converting the received ATSC digital television signal;

digitizing the down-converted ATSC digital television signal;

converting the digitized ATSC digital television signal into a first digital transport stream, the first digital transport stream containing video and audio data of a program and a program information table, the program information table having a major channel number and a minor channel number;

generating a new program information table containing a new channel number, he new channel number identify-

ing the program represented by the major channel number and the minor channel number;

multiplexing the new program information table, the video and the audio data into a second digital transport stream;

converting the second digital transport stream into an analog signal;

up-converting the analog signal to an RF signal at a selected transmit frequency;

amplifying the RF signal; and

transmitting the RF signal over an antenna.

**20.** The method of claim **19,** further comprising multiplexing new ancillary data with the video data, the audio data, and the new program information table to form the second digital transport stream.

**21.** The method of claim **20,** further comprising multiplexing a portion of original ancillary data present in the first digital transport stream with the video data, audio data, and the new program information table.

*  *  *  *  *

# EXHIBIT E

SEARCH

**Digital CATV**

Modulators

Demodulators

Transcoders

Multiplexers

Processors

Accessories/Misc.

Home > Digital CATV > Multiplexers

SHARE

-- Show All --    Alpha    Price                                    1   2



**Digital QAM Multiplexer, 1 8VSB/QAM Input, +60 dBmV, 54-860 MHz Agile**
Model # DQMx-01

DQMx (Digital QAM Multiplexer ) accepts (1) 8VSB/QAM input and delivers one output in QAM format in the 54-864 MHz range.

**Digital QAM Multiplexer, 2 8VSB/QAM Inputs, +60 dBmV, 54-860 MHz Agile**
Model # DQMx-02

DQMx (Digital QAM Multiplexer ) accepts (2) 8VSB/QAM inputs and delivers one output in QAM format in the 54-864 MHz range.

**Digital QAM Multiplexer, 3 8VSB/QAM Inputs, +60 dBmV, 54-860 MHz Agile**
Model # DQMx-03

DQMx (Digital QAM Multiplexer ) accepts (3) 8VSB/QAM inputs and delivers one output in QAM format in the 54-864 MHz range.

**Digital QAM Multiplexer, 4 8VSB/QAM Inputs, +60 dBmV, 54-860 MHz Agile**
Model # DQMx-04

DQMx (Digital QAM Multiplexer ) accepts (4) 8VSB/QAM inputs and delivers one output in QAM format in the 54-864 MHz range.

**Digital QAM Multiplexer, 1 ASI Input, +60 dBmV, 54-860 MHz Agile**
Model # DQMx-10

DQMx (Digital QAM Multiplexer ) accepts (1) ASI input and delivers one output in QAM format in the 54-864 MHz range.

**Digital QAM Multiplexer, 1 ASI And 1 8VSB/QAM Inputs, 60 dBmV, 54-860 MHz Agile**
Model # DQMx-11

DQMx (Digital QAM Multiplexer ) accepts (1) ASI and (1) 8VSB/QAM input and delivers one output in QAM format in the 54-864 MHz range.

**Digital QAM Multiplexer, 1 ASI And 2 8VSB/QAM Inputs, +60 dBmV, 54-860 MHz Agile**
Model # DQMx-12

DQMx (Digital QAM Multiplexer ) accepts (1) ASI and (2) 8VSB/QAM inputs and delivers one output in QAM format in the 54-864 MHz range.

**Digital QAM Multiplexer, 1 ASI And 3 8VSB/QAM Inputs, +60 dBmV, 54-860 MHz Agile**
Model # DQMx-13

DQMx (Digital QAM Multiplexer ) accepts (1) ASI and (3) 8VSB/QAM inputs and delivers one output in QAM format in the 54-864 MHz range.

**Digital QAM Multiplexer, 2 ASI Inputs, +60 dBmV, 54-860 MHz Agile**
Model # DQMx-20

DQMx (Digital QAM Multiplexer ) accepts (2) ASI inputs and delivers one output in QAM format in the 54-864 MHz range.

**Digital QAM Multiplexer, 2 ASI And 1 8VSB/QAM Inputs, +60 dBmV, 54-860 MHz Agile**
Model # DQMx-21

DQMx (Digital QAM Multiplexer ) accepts (2) ASI and (1) 8VSB/QAM inputs and delivers one output in QAM format in the 54-864 MHz range.

**Digital QAM Multiplexer, 2 ASI And 2 8VSB/QAM Inputs, +60 dBmV, 54-860 MHz Agile**
Model # DQMx-22

DQMx (Digital QAM Multiplexer ) accepts (2) ASI and (2) 8VSB/QAM inputs and delivers one output in QAM format in the 54-864 MHz range.

**Digital QAM Multiplexer, 3 ASI Inputs, +60 dBmV, 54-860 MHz Agile**
Model # DQMx-30

DQMx (Digital QAM Multiplexer ) accepts (3) ASI inputs and delivers one output in QAM format in the 54-864 MHz range.

1   2

©2012 www.blondertongue.com

Home  |  Encoders  |  Digital CATV  |  EdgeIP  |  CATV  |  Support  |  Training  |  News & Events  |  About Us
Terms of Use  |  Privacy Policy  |  Site Map

**1-800-523-6049**

1 of 1                                                                                6/11/2012 1:19 PM

import.nbiototonengoosion.shop by departments digital catv/multipi...

SEARCH

**Digital CATV**

Modulators

Demodulators

Transcoders

Multiplexers

Processors

Accessories/Misc.

Home > Digital CATV > Multiplexers

SHARE

-- Show All --    Alpha    Price

1  2



**Digital QAM Multiplexer, 3 ASI And 1 8VSB/QAM Inputs, +60 dBmV, 54-860 MHz Agile**

Model # DQMx-31

DQMx (Digital QAM Multiplexer ) accepts (3) ASI and (1) 8VSB/QAM inputs and delivers one output in QAM format in the 54-864 MHz range.

**Digital QAM Multiplexer, 4 ASI Inputs, +60 dBmV, 54-860 MHz Agile**

Model # DQMx-40

DQMx (Digital QAM Multiplexer ) accepts (4) ASI inputs and delivers one output in QAM format in the 54-864 MHz range.



**ASI Input Module for DQMx**

Model # DQMx-ASI

ASI Input Module for DQMx stock number 6259A



**8VSB/QAM Input Module for DQMx**

Model # DQMx-RF

8VSB/QAM Input Module for DQMx stock number 6259A



**8VSB/QAM Multiplexer**

Model # MUX-2D-QAM

The MUX-2D-QAM is designed to allow CATV operators to multiplex two digital channels received in either 8VSB or QAM format to a single QAM output channel for delivery over a standard coaxial distribution network.



**12:1 ASI-to-IP Multiplexer**

Model # MUX-12A-IP

MUX-12A-IP (12:4 ASI-to-IP Multiplexer; 12xASI > 4xIP) is designed for cherry-picking applications, allowing operators to create custom-made channel lineups by grooming standard-definition (SD) and high-definition (HD) programs on an as-needed basis. The multiplexer accepts up to twelve (12) unencrypted MPEG-2/H.264 inputs in ASI format and multiplexes them into up to four (4) MPEG-2/H.264 Multi-Program Transport Streams (MPTS) which are then encapsulated and assigned to up to four (4) IPv4 addresses in 1000Base-T Ethernet (GigE) format suitable for distribution over Cat-5 networks.



**ASI Multiplexer**

Model # MUX-2A-QAM

The MUX-2A-QAM is designed to allow CATV operators to multiplex two input sources in ASI format to a single QAM output channel for delivery over a standard coaxial distribution network.

1  2

©2012 www.blondertongue.com

Home  |  Encoders  |  Digital CATV  |  Edge/IP  |  CATV  |  Support  |  Training  |  News & Events  |  About Us
Terms Of Use  |  Privacy Policy  |  Site Map

**1-800-523-6049**

6/11/2012 1:19 PM

# EXHIBIT F



# MQM6000L Multiplexing QAM Modulator

**MQM6000L Multiplexing QAM Modulator with built-in Agile Upconverter**



The R.L. Drake model MQM6000L is a professional quality, digital headend modulator that accepts one to six single or multiprogram transport streams via six BNC, Asynchronous Serial Input (ASI) connectors. When six streams are input, the MQM6000L then multiplexes one program from each input and applies the result to the QAM modulator and up converter for output onto any desired CATV or off-air output channel between 54 and 1002 MHz. A program filter is provided to allow selection of the desired program from each input stream. Other programs in the incoming streams are dropped.

Front panel display and buttons allow easy setup and monitoring of operating mode and parameters.

+40 dBmV output, QAM modulator and very low phase noise agile upconverter are built in.

Output is agile on CATV or broadcast channels from 54 to 1002 MHz.

Six ASI Inputs.

TS Multiplexer for MPEG2 transport streams. Programs may be MPEG2 or H.264.

ATSC PSIP is supported.

MPEG program and minor channel number offsetting when multiplexing.

Major channel number pass through or remarking is selectable when multiplexing.

Rewriting of the MPEG tables is provided when two input streams are multiplexed.

PCR correction is performed when necessary.

RS232 remote control and monitoring capability with the included Drake Digital Headend Control Software.

High MER output signal quality.

1U tall package with internal power supply conserves rack space.

Manufactured in the USA.

Download the owners manual (PDF)

| Drake Digital MQM6000L Technical Specifications |
| --- |
| **ASI Inputs** |

| Drake Digital MQM6000L Technical Specifications | |
| --- | --- |
| Inputs: | Six Asynchronous Serial Inputs (ASI).<br>270 Mbps ASI clock rate with maximum transport stream of 40 Mbps at each imput.<br>MPTS or SPTS |

| QAM Modulator | |
| --- | --- |
| Modulation Modes: | 16QAM, 32QAM, 64QAM, 128QAM, 256QAM,512QAM or 1024QAM.<br>Refer to manual for available combinations of QAM modes and FECs. |
| Symbol Rate: | 1 Ms/s to 7 Ms/s. |
| Forward Error Correction (FEC): | ITU-A (DVB) or ITU-B (DigiCipher® II). |
| I/Q Phase Error: | Less than 1 degree. |
| Carrier Suppression: | 45 dB. |
| Channel Amplitude Error: | Less than 1dB. |
| MER: | Greater than 38 dB with blind equalizer. |

| Null Packet Processing | |
| --- | --- |
| | Fixed output clock mode. |

| Upconverter RF Output | |
| --- | --- |
| Output Frequency Range: | 54 MHz to 1002 MHz. |
| Channel Plan: | Standard CATV, HRC, IRC or Broadcast. |
| Frequency Stability: | ±5 ppm. |
| Maximum Output Level: | +40 dBmV minimum, adjustable downward. |
| Output Level Accuracy: | ±1 dB. |
| Output Impedance: | 75 Ohms with return loss better than 14 dB (within output filter passband). |
| Spurious Outputs: | -60 dBc from 40 MHz to 1000 MHz. |
| Broadband Noise: | -75 dBc |
| Phase Noise: | -101 dBc @ 10 kHz offset. |

| RS232 Control | |
| --- | --- |
| Data Link: | 2400, 4800, 9600, or 19,200 baud interface via serial cable. |
| RS232 Input: | DB9 connector for connection to modem, PC, or Drake SCTeci ethernet controller. |
| RS232 Output: | DB9 connector for connection to additional units. |

| General | |
| --- | --- |
| Power: | 90-132 VAC, 60 Hz, 15 W maximum |
| Weight: | 7 lbs. (3.2 Kg.) |
| Size: | 19" (48.3 cm) W x 1.75" (4.45 cm) H x 11.5" (29.2 cm) D |
| Operating Temperature: | 0° C (32° F) to 50° C (122° F) |

*Specifications, price, and availability are subject to change without notice or obligation.*



## MQM1000 Multiplexing QAM Modulator

**MQM1000 Multiplexing QAM Modulator with built-in Agile Upconverter**



*MQM1000 Multiplexing QAM Modulator*

The R.L. Drake model MQM1000 is a professional quality, digital headend transcoder that accepts one or two MPEG2 digital inputs via two Asynchronous Serial Input (ASI) connectors. These signals must be ATSC compatible streams if multiplexing is to be performed and usually will have originated from a local TV broadcast station and may have been transported over fiber links to the MQM1000. After multiplexing and null packet management, the MQM1000 QAM modulates and up converts onto any desired CATV or off-air output channel between 54 and 1002 MHz. The MQM1000 can also operate as a non-multiplexing QAM modulator when a single ASI input is selected.

Front panel display and buttons allow easy setup and monitoring of operating mode and parameters.

High output, 61 dBmV, QAM modulator and very low phase noise agile upconverter are built in.

Output is agile on CATV or broadcast channels from 54 to 1002 MHz.

Dual ASI Inputs.

TS Multiplexer for MPEG2 streams.

Program filtering of both A and B input streams. User may select or drop any of the incoming programs.

ATSC PSIP is supported.

MPEG program and minor channel number offsetting when multiplexing.

Major channel number pass through or remarking is selectable when multiplexing.

Rewriting of the MPEG tables is provided when two input streams are multiplexed.

PCR correction is performed when necessary.

RS232 remote control and monitoring capability with the included Drake Digital Headend Control Software (v. 2.6 or later).

High MER output signal quality.

1U tall package with internal power supply conserves rack space.

Manufactured in the USA.

Download the owners manual (PDF)

**Drake Digital MQM1000 Technical Specifications**

## Drake Digital MQM1000 Technical Specifications

### ASI Inputs

| | |
|---|---|
| Inputs: | Two DVB Asynchronous Serial Inputs (ASI). 270 Mbps ASI clock rate with desired transport stream of 10.76 MS/s, ATSC, 19.37 Mbps. |

### QAM Modulator

| | |
|---|---|
| Modulation Modes: | 16QAM, 32QAM, 64QAM, 128QAM, 256QAM,512QAM or 1024QAM. Refer to manual for available combinations of QAM modes and FECs. |
| Symbol Rate: | 1 Ms/s to 7 Ms/s. |
| Forward Error Correction (FEC): | ITU-A (DVB) or ITU-B (DigiCipher® II). |
| I/Q Phase Error: | Less than 1 degree. |
| Carrier Suppression: | 45 dB. |
| Channel Amplitude Error: | Less than 1dB. |
| MER: | Greater than 38 dB with blind equalizer. |

### Null Packet Processing

| | |
|---|---|
| | Available in the fixed output clock mode. |

### Analog EAS IF Input

| | |
|---|---|
| Operating Input Level: | +30 dBmV ±5 dB @ 45.75 MHz. 75 ohms. |
| Auto Switching Level: | +20 dBmV minimum. |

### Upconverter RF Output

| | |
|---|---|
| Output Frequency Range: | 54 MHz to 1002 MHz. |
| Channel Plan: | Standard CATV, HRC, IRC or Broadcast. |
| Frequency Stability: | ±5 ppm. |
| Maximum Output Level: | +61 dBmV minimum, adjustable downward. |
| Minimum Output Level: | +45 dBmV. |
| Output Level Accuracy: | ±1 dB. |
| Output Impedance: | 75 Ohms with return loss better than 14 dB (within output filter passband). |
| Spurious Outputs: | -60 dBc from 40 MHz to 1000 MHz. |
| Broadband Noise: | Less than -12 dBmV (6 MHz bandwidth @ ±12 MHz). |
| Phase Noise: | -101 dBc @ 10 kHz offset. |

### RS232 Control

| | |
|---|---|
| Data Link: | 2400, 4800, 9600, or 19,200 baud interface via serial cable. |
| RS232 Input: | DB9 connector for connection to modem, PC, or Drake SCTeci ethernet controller. |
| RS232 Output: | DB9 connector for connection to additional units. |

### General

| | |
|---|---|
| Power: | 90-132 VAC, 60 Hz, 40 W maximum |
| Weight: | 7 lbs. (3.2 Kg.) |
| Size: | 19" (48.3 cm) W x 1.75" (4.45 cm) H x 11.5" (29.2 cm) D |
| Operating Temperature: | 0º C (32º F) to 50º C (122º F) |



## Drake Digital MEQ1000

**Multiplexing Hybrid QAM Modulator**



The Drake Digital MEQ1000 is the industry's first commercial-grade, multiplexing Hybrid QAM modulator. Ideal for applications where a single QAM output is required from each Hybrid QAM chassis, the MEQ1000 features a variety of plug-in input modules including an ATSC/QAM input tuner, an ASI input, an IP input (future release), and analog NTSC inputs, bringing an unprecedented level of flexibility to cable operators.

The MEQ1000 has bays for up to two input modules. The video content from both modules enters the main chassis where it is MPEG program filtered, multiplexed, and groomed. Any number of program streams may be sent to the QAM modulator or be exported via ASI Output.



MEQ1000 back panel featuring two input module bays and QAM output

**Drake Digital DTD1000 Module and ASI II Module**

The DTD1000 input module tunes any 8VSB or QAM channel between 54 and 1002 MHz, making it ideal for digital channel processing applications where a single digital video signal is received, error-corrected, clocked (at a user determined fixed rate) and re-modulated on the same or another RF channel.



The DTD1000 may be used to convert one off-air ATSC 8VSB signal to a QAM output with rate adjustment or, when used in the processor mode with only one input, the MEQ1000 can process ATSC or CATV QAM MPEG-2 inputs.

**ASII ASI Input Module**

The ASII module is for use in the MEQ1000. One module provides one DVB-ASI SPTS or MPTS input for the MEQ1000. One or two ASII modules may be used in a MEQ1000.

*Drake Digital DTD1000 Module*

Using the ASII module, programs may be input to the MEQ1000 where they will be program filtered, retimed, and multiplexed with programs from the other input module.

The ASII module can accept data rates up to 80 Mbps. Possible sources are satellite IRDs, output from a fiber link, encoders, terrestrial demodulators, video servers and other related equipment.

The ASII also provides an ASI output which provides a looped out copy of the ASI stream coming into the ASI input port of the same ASII module.

| ASII ASI Input Module Specifications | |
| --- | --- |
| ASI input clock: | 270 MHz |
| ASI input data rate: | Maximum of 80 Mbps |
| ASI output rate: | Identical to the ASI input stream |

### SDE24 Standard Definition Encoder Module

The SDE24 module can encode up to two input sources, source 1 and source 2 in real-time. The module may be configured to encode source 1 in either MPEG2 or MPEG4 (H.264) transport streams. Source 2 may be encoded in MPEG2 only. Thus each Encoder Module can output one MPEG2 stream, two MPEG2 streams, one MPEG4 stream, or one MPEG2 and one MPEG4 stream.



Each SDE24 module provides two sets of input connectors for NTSC composite or S-video with stereo audio. Audio is encoded using Dolby AC-3 encoding.

Download the owners manual (PDF)

© 2012 R.L. Drake Holdings, LLC. All rights reserved.

6/11/2012 1:42 PM

| Investors | Economics | Commentary | Forex | Politics | Entertainment | Content Licensing | **Premium Services** | Search | Symbol | Advanced Search |

LATEST NEWS   U.S. IMPORT PRICES RISE LESS THAN EXPECTED IN FEB    Trade free for 60 days + Get up to $600 with TD Ameritrade.

**FREE Email Alerts**
**Free Content**

- **Home**
- ▼ News
- ▼ Industry News
- ▼ Economics
- ▼ Forex
- ▼ Entertainment
- ▼ Commentary/Analysis
- ▼ Stock Alerts
- ▼ Columns NEW
- ▼ Earnings Calendars
- ▼ Corporate Calendars
- ▼ Ratings Changes
- ▼ Video News
- ▼ Audio News
- ▼ Premium Services
- ▷ Economic Calendar
- ▷ RTT DeskAlert
- ▷ Mobile

Follow Us





## Quick Facts

Tweet ⟨0    Like   0

# Blonder Tongue Buys R.L. Drake

✉ E-MAIL   ➕ SHARE       FONT-SIZE ➕ ➖

### TOP MARKET NEWS

Stocks Showing A Lack Of Direction - U.S. Commentary

Poll Shows Most See Birth Control Debate As Women's Health Issue

Stocks Mostly Lower In Mid-Day Trading - U.S. Commentary

Air India Seeks $1 Bln In Compensation From Boeing For Dreamliner Delays

Stocks Nearly Flat After Seeing Early Strength - U.S. Commentary

2/2/2012 1:24 PM ET
(RTTNews) - Blonder Tongue Laboratories, Inc. (BDR: News ) said Thursday that it has completed the acquisition of the business of R.L. Drake, LLC.

Both companies are market leaders in the supply of CATV and Satellite signal processing and distribution equipment.

The acquisition was for the purchase of substantially all of the assets of R.L. Drake for a purchase price of about $6.5 million, subject to certain adjustments based upon a post-closing audit of the balance sheet of R.L. Drake and additional contingent purchase price payments of up to $1.5 million in the aggregate that may be made over the next three years if certain financial results are realized. R.L. Drake's unaudited net sales for 2011 were about $10.0 million.

Click here to receive FREE breaking news email alerts for Blonder Tongue Laboratories Inc and others in your portfolio

by RTT Staff Writer

For comments and feedback: contact editorial@rttnews.com

$3.95 Stock Trades at OptionsHouse. Why Pay More?

 Add a comment...

Comment using...

Facebook social plugin

### EDITOR'S PICKS | MOST READ | MOST E-MAILED

- Stocks Showing A Lack Of Direction - U.S. Commentary
- Stocks Mostly Lower In Mid-Day Trading - U.S. Commentary
- Stocks Nearly Flat After Seeing Early Strength - U.S. Commentary
- Disney Looks To Hire 1,000 Military Veterans
- U.S. Import Prices Rise Less Than Expected In February
- Eurozone January Industrial Output Rises Marginally
- U.K. Jobless Claims Rise More Than Forecast, Youth Unemployment At Record High
- China's Wen Says Yuan Nearing Equilibrium, To Pursue Exchange Rate Reforms
- Australia Consumer Confidence Tumbles On Higher Mortgage Rates
- Citi Among Banks Failing Fed's Stress Test

### Partner Center









## Quick Facts

Trio Merger Terminates Existing 10b5-1 Share Repurchase Plan - Quick Facts
Gafisa S.A. Appoints Andre Bergstein As CFO And Investor Relations Officer
Allstate Insurance Files $2 Mln Insurance Fraud Case In NY - Quick Facts
Firefish Gets Two Orders From Government Of Chhattisgarh - Quick Facts
Spectrum Brands Gets Requisite Consents With Respect To Tender Offer
Newtek Business Services Q4 Profit Rises
InfoSonics Q4 Loss Narrows
Idera Pharmaceuticals Q4 Loss Widens
Core Molding Technologies Q4 Profit Rises
Noranda Aluminum Prices Public Secondary Offering Of 10 Mln Common Shares
Fitch Ratings Affirms Simon Property Group's IDR At 'A-'
Global Ship Lease Q4 Profit Rises
VOXX Intl. Completes Acquisition Of Hirschmann Car Communication
International Shipholding Agrees To Sell Two Carriers For About $74 Mln.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge George King and the assigned discovery Magistrate Judge is Michael Wilner.

The case number on all documents filed with the Court should read as follows:

## CV12- 5316 GHK (MRWx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

=================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

[X] **Western Division**
    312 N. Spring St., Rm. G-8
    Los Angeles, CA 90012

[ ] **Southern Division**
    411 West Fourth St., Rm. 1-053
    Santa Ana, CA 92701-4516

[ ] **Eastern Division**
    3470 Twelfth St., Rm. 134
    Riverside, CA 92501

Failure to file at the proper location will result in your documents being returned to you.

Name & Address: Patrick F. Bright (SBN 68709)
WAGNER, ANDERSON & BRIGHT, PC
3541 Ocean View Blvd.
Glendale, CA 91208
Tel: (818) 249-9300; Fax: (818) 249-9335
E-mail: pbright@patentattorney.us

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| K TECH TELECOMMUNICATIONS, INC., a DE corporation,<br><br>PLAINTIFF(S)<br><br>v.<br><br>BLONDER TONGUE LABORATORIES, INC., a DE corporation; and R.L. DRAKE HOLDINGS, LLC, a DE limited liability company,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV12-05316 GHK (NRNx)<br><br><br>**SUMMONS** |

TO:     DEFENDANT(S): Blonder Tongue Laboratories, Inc., a DE *corporation* per corp., One Jake Brown Road, Old Bridge, NJ 08857; RL Drake Holdings, LLC, a DE limited liability *company* per co., 230 Industrial Dr., Franklin, OH 45005

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☒ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.   The answer or motion must be served on the plaintiff's attorney, _Patrick F. Bright_____, whose address is _Wagner, Anderson & Bright, PC, 3541 Ocean View Blvd., Glendale, CA 91208_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

JUN 1 9 2012

Clerk, U.S. District Court

Dated: _____

By: _____
Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
K TECH TELECOMMUNICATIONS, INC., a DE corporation.

**DEFENDANTS**
BLONDER TONGUE LABORATORIES, INC., a DE corporation;
R.L. DRAKE HOLDINGS, LLC, a DE limited liability company.

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

Patrick F. Bright (SBN 68709), WAGNER, ANDERSON & BRIGHT, PC, 3541 Ocean View Blvd., Glendale, CA 91208, Tel: (818) 249-9300, Fax: (818) 249-9335, E-Mail: pbright@patentattorney.us

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☑ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only (Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes   ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes  ☑ No   ☑ **MONEY DEMANDED IN COMPLAINT: $** TBD

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
35 U.S.C. Sections 271, 283 and 284

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☑ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco- mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | REAL PROPERTY | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | ☐ 210 Land Condemnation | | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | REAL PROPERTY | ☐ 220 Foreclosure | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 230 Rent Lease & Ejectment | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 240 Torts to Land | IMMIGRATION | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 245 Tort Product Liability | ☐ 462 Naturalization Application | | FEDERAL TAX SUITS |
| ☐ 950 Constitutionality of State Statutes | ☐ 240 Torts to Land | ☐ 290 All Other Real Property | ☐ 463 Habeas Corpus- Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 245 Tort Product Liability | | ☐ 465 Other Immigration Actions | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

CV12-05316

**FOR OFFICE USE ONLY:** Case Number: _____

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No  ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☐ No  ☑ Yes
If yes, list case number(s): K Tech v. DirecTV, CV11-09370 RGK (RZx); K Tech v. Time Warner, CV11-09373 RGK (RZx)

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)  ☐ A.  Arise from the same or closely related transactions, happenings, or events; or
    ☐ B.  Call for determination of the same or substantially related or similar questions of law and fact; or
    ☐ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
    ☑ D.  Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐    Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County. | |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐    Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Delaware State. |
| | Ohio State. |
| | New Jersey State. |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
    Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County. | |

* **Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _Patrick Wright_    Date  6-19-2012

**Notice to Counsel/Parties:**  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |