# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| K-TECH TELECOMMUNICATIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BLONDER TONGUE LABORATORIES, INC.; R.L. DRAKE HOLDINGS, LLC; R.L. DRAKE, LLC; AND RLD '69, LLC <br><br> **AND RELATED COUNTERCLAIMS.** | Case No. 12-CV-05316 RGK (RZx) <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST FOR DISMISSAL** <br><br> Judge: Hon. R. Gary Klausner <br> Place: Courtroom 850 Roybal |

SVI-87995v1

**[PROPOSED] ORDER**
**Case No. CV 12-05316-RGK (RZx)**

# [PROPOSED] ORDER

The Court, having considered the Plaintiff's REQUEST FOR DISMISSAL, and good cause appearing,

**IT IS HEREBY ORDERED** that all claims and counterclaims asserted in the above-captioned action by and between K-Tech Telecommunications, Inc. and Blonder Tongue Laboratories, Inc. and R.L. Drake Holdings, LLC and RLD'69, LLC f/k/a R.L. Drake LLC are hereby dismissed with prejudice. It is furthered ORDERED that all costs, expenses and attorney fees are to be borne by the party that incurred them.

**IT IS SO ORDERED.**

Dated: September 5, 2013

_____
HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

- 1 -

SVI-87995v1